Adam H. Springel, Esq., NBN 7187
aspringel@springelfink.com
SPRINGEL & FINK LLP
2475 Village View Drive, Suite 250
Henderson, Nevada
Phone: (702) 804-0706
Fax: (702)804-0798

*Attorneys for Defendants*
Scott J. Ferrell, Michael Campos
Thomas Hess, Sara Jordan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METABOLIC RESEARCH, INC, A Nevada Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT J. FERRELL, MICHAEL CAMPOS, THOMAS HESS, SARA JORDAN, DOES 1-V, inclusive, DOE ENTITIES VI-X, inclusive<br><br>Defendants. | Case No.: 2:09-cv-02453-JCM-PAL<br><br>**DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS** |

I, SCOTT J. FERRELL, hereby declare and say:

1.      I am a resident of the State of California and a citizen of the United States and have been at all times relevant to this action. I have personal knowledge of the matters stated herein except as to those matters stated upon information and belief and, as to those matters, I believe them to be true. If called as a witness, I could and would testify truthfully and competently to the matters stated herein.

2.      I am admitted, in good standing, to practice law in the State of California.

3.      Beginning in October, 2009, I undertook representation of Michael Campos, Thomas Hess, and Sara Jordan concerning their experiences with the product Stemulite, and specifically, that the product failed to produce the results advertised, including that Stemulite

1

would enhance deep REM sleep, increase muscle gain and endurance, increase weight loss and fat loss, increase wellness and energy, and promote an overall sense of wellbeing.

4. During that time, I conducted an independent investigation into the promotional representations made by its manufacturer, Metabolic Research, Inc., including an investigation of Metabolic's website, which contained the specific promotional statements which Campos. Hess, and Jordan complained.

5. Through my investigation, I also discovered an August 29, 2009 press release from The National Advertising Division of the Council for Better Business Bureaus ("NAD"), addressing the very promotional statements of which Campos. Hess. and Jordan had complained. Attached hereto as Exhibit "1" is a true and correct copy of the August 29, 2009 NAD press release regarding Stemulite. As reflected therein, Metabolic admitted to the Better Business Bureau that it had not undertaken any testing of Stemulite to substantiate its promotional representations.

6. Subsequent to my investigation, I concluded that a sufficient basis existed to maintain a claim under the Consumer Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750. et. seq). I based this determination on the statements of Campos. Hess, and Jordan. who purchased and used Stemulite based on Metabolic's promotional representations. but failed to experience the benefits that Metabolic actively promoted. Taking Campos. Hess, and Jordan's personal experience as true, Metabolic's promotional representations violated California Civil Code Section 1770(a)(5), which makes it unlawful to "[r]epresent[] that goods or services have ... uses, benefits, or quantities which they do not have ....", and California Civil Code Section 1770(a) (7) , which makes it unlawful to "[r]epresent[] that goods or services are of a particular standard, quality, or grade ...."

7. Moreover, Campos, Hess, and Jordan's personal experience was further validated by Metabolic's admission to the Better Business Bureau that it had not undertaken any testing of Stemulite to substantiate its promotional representations. Metabolic's failure to disclose this fact to consumers also supports liability under the CLRA, as it is well established under California law that even "[a] perfectly true statement couched in such a manner that it is likely to mislead or deceive the consumer, such as by failure to disclose other relevant

2

information, is actionable." *See Aron v. U-Haul Co. of California*, 143 Cal. App. 4th 796, 807 (2006).

8.      On October 20, 2009, subsequent to concluding my preliminary investigation, and in compliance with the explicit requirements of §1782(a) of the CLRA mandating that a party serve a demand letter at least 30 days prior to filing a claim for damages, I prepared and served a prelitigation demand letter on Stemulite's manufacturer, Metabolic Research Inc. A true and correct copy of that letter is attached hereto as Exhibit "2." All statements contained therein were truthful based on facts known to me and were made without knowledge of falsehood.

9.      At no time subsequent to serving the CLRA letter did Metabolic, or anyone acting on Metabolic's behalf contact me to discuss any issue raised therein. Rather, the first response that I received was Metabolic's instant lawsuit alleging claims against myself and my clients, Campos, Hess, and Jordan.

10.      As a result of being served with the instant lawsuit, I have been required to retain counsel to defend both myself and my clients, Campos, Hess, and Jordan, at my own expense.

11.      Furthermore, due to Metabolic's inclusion of me as a defendant in the instant lawsuit, I was compelled to associate co-counsel in the underlying action to ensure that any potential conflict that may arise as a result of Metabolic's instant action would not impair the representation of my clients' continued pursuit of their rights under California law. On December 23, 2009, a class action was filed in the United states District Court, Central District of California, against Metabolic Research, Inc. (*Campos, et al. v. Metabolic Research, Inc.*, Case No. CV 09-9445, Hon. Valerie Baker Fairbank). Attached hereto as Exhibit "3" is a true and correct copy of the Complaint filed in *Campos, et al. v Metabolic Research, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 27, 2010.

SCOTT J. FERRELL

3

# EXHIBIT "1"

# NAD® News

Contact: Linda Bean
212-705-0129

For Immediate Release

### NAD REFERS ADVERTISING FOR 'STEMULITE' TO FTC, FDA FOR FURTHER REVIEW

*New York, New York – August 26, 2009* – The National Advertising Division of the Council of Better Business Bureaus has referred advertising from Metabolic Research, Inc., for the Stemulite dietary supplement to the Federal Trade Commission (FTC) and Food and Drug Administration (FDA) for further review, following the company's decision not to participate in an NAD review of advertising for the product.

As a part of its ongoing monitoring program and in conjunction with an initiative with the Council for Responsible Nutrition to expand the review of advertising claims for dietary supplements, NAD – the advertising industry's self-regulatory forum – requested that the company provide supporting evidence for advertising claims that included:

- *"People who take Stemulite Experience:*
  - *Deep REM Sleep*
  - *Increased Muscle Gain and Endurance*
  - *Increased Weight Loss and Fat Loss*
  - *Increased Wellness and Energy"*
- *"Achieve Peak Athletic Performance Naturally with Stemulite all-natural Fitness Formula"*

NAD was also concerned about testimonials on the Stemulite website, including:

- *"Within Two Days of Using Stemulite, I Slept Great!"*
- *"I Have Noticed A Tremendous Energy Boost."*
- *"Using Stemulite, I Have Seen Results in 2-3 Weeks."*
- *"In Three Days, Suddenly My Sleep Was Fantastic."*
- *"I Am Getting Eight Hours of Restful Sleep, It's A Miracle"*
- *"I Had A 6 Pound Loss In A Short Period Of Time."*
- *"In Just 5 Days, My Endurance Has Increased 25%"*

The advertiser contacted NAD, and despite requesting and being given an extension of time within which to file its response, failed to do so. The advertiser represented to NAD that it would be conducting a study in the future and would participate after the completion of the study.

NAD noted that it is a well-settled principle of advertising law that an advertiser must possess adequate substantiation before it publishes advertising claims. NAD's procedures provide that if an advertiser does not participate in the process, NAD may refer the advertising at issue to the appropriate government agency for further review.

NAD was disappointed that the advertiser did not participate in the NAD inquiry, particularly in light of the health and weight-loss claims being made. Based on the advertiser's failure to participate, NAD will refer this matter to the FTC and FDA for possible law enforcement action.

NAD's inquiry was conducted under *NAD/CARU/NARB Procedures for the Voluntary Self-Regulation of National Advertising.*   Details of the initial inquiry, NAD's decision, and the advertiser's response will be included in the next *NAD/CARU Case Report.*

# # #

**About Advertising Industry Self-Regulation:** The National Advertising Review Council (NARC) was formed in 1971 by the Association of National Advertisers, Inc. (ANA), the American Association of Advertising Agencies, Inc. (AAAA), the American Advertising Federation, Inc. (AAF), and the Council of Better Business Bureaus, Inc. (CBBB). Its purpose is to foster truth and accuracy in national advertising through voluntary self-regulation. NARC is the body that establishes the policies and procedures for the CBBB's National Advertising Division (NAD) and Children's Advertising Review Unit (CARU), as well as for the National Advertising Review Board (NARB) and the Electronic Retailing Self-Regulation Program (ERSP).

NAD and CARU are the investigative arms of the advertising industry's voluntary self-regulation program. Their casework results from competitive challenges from other advertisers, and also from self-monitoring traditional and new media. The National Advertising Review Board (NARB), the appeals body, is a peer group from which ad-hoc panels are selected to adjudicate those cases that are not resolved at the NAD/CARU level. This unique, self-regulatory system is funded entirely by the business community; CARU is financed by the children's advertising industry, while NAD/NARC/NARB's sole source of funding is derived from membership fees paid to the CBBB. ERSP's funding is derived from membership in the Electronic Retailing Association. For more information about advertising self regulation, please visit www.narcpartners.org.

# EXHIBIT "2"

# SCOTT J. FERRELL

### LAWYER

610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE (949) 717-3000
FACSIMILE (949) 717-3100

October 20, 2009

## BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Metabolic Research, Inc.
6320 McLeod Drive
Suite 7
Las Vegas, NV 89120
Attention: Chief Executive Officer

General Nutrition Centers, Inc.
Mr. Gary R. Kelly
General Counsel
[Secondary Copy to President and CEO
per statute]
300 Sixth Avenue
Pittsburgh, PA 15222

Re:    *Ongoing Violations of California Consumer Legal Remedies Act*

Ladies and Gentlemen:

**Please give this letter your complete and immediate attention.**

## I.  Introduction

I am writing on behalf of Michael Campos, Thomas Hess and Sara Jordan, as well as a class of similarly situated persons, to advise you that the above-referenced parties ("Defendants") have violated and continue to violate the California Consumer Legal Remedies Act.

LITIGATION

October 20, 2009
Page 2

## II.  Factual Background

Defendants profit from the marketing, advertising, and distribution of the product "Stemulite," a purported all natural fitness supplement. Specifically, Defendants:

1) Falsely claim that, "People who take Stemulite experience deep REM sleep, increased muscle gain and endurance, increased weight loss and fat loss, increased wellness and energy."  A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "A".

2) Falsely claim that people who take Stemulite "achieve peak athletic performance naturally." "A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "B".

3) Falsely claim that by taking Stemulite, benefits include:  "Complete fitness, anti-aging, increased energy, strength and endurance, deeper sleep, weight loss, and well-being."  A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "C".

4) Falsely claim that Stemulite's all-natural formula can "build strength, increase muscle, improve endurance, minimize recovery time, decrease body fat, improve recovery time."  A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "D".

5) Falsely claim that Stemulite can "increase strength, increase muscle, increase energy, increase REM sleep, increase endurance, increase well-being, decrease recovery time."  A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "E".

6) The testimonials on the Stemulite website claim:

   a) "Within two days of using Stemulite, I slept great!"
   b) "I have noticed a tremendous energy boost."
   c) "Using Stemulite, I have seen results in 2-3 weeks."

October 20, 2009
Page 3

     d) "In three days, suddenly my sleep was fantastic."

     e) "I am getting eight hours of restful sleep, it's a miracle."

     f) "I had a 6 pound loss in a short period of time."

     g) "In just 5 days, my endurance has increased 25%."

## III.    Summary of Violations

Defendants' conduct violates the California Consumer Legal Remedies Act by, without limitation:

1. Falsely representing that Stemulite has characteristics, uses and benefits which it does not have;

2. Falsely representing that Stemulite is of a particular standard, quality, or grade;

3. Fraudulently inducing consumers to purchase Stemulite;

4. Placing Stemulite for sale to the general public when it does not materially conform to the product's advertisements;

5. Labeling Stemulite in a way that is misleading in a material respect; and

6. Creating a likelihood of confusion regarding Stemulite.

## IV.    Demand for Relief

We intend to file suit seeking individual, representative, and class relief unless, within the time frame referenced above, Defendants:

1. Agree to irrevocably stop all false and misleading advertising of Stemulite;

2. Identify all consumers who have purchased Stemulite within the applicable limitations period and provide such consumers with an appropriate refund;

3. Disgorge all revenues from sales of Stemulite for which the purchasers cannot be identified; and

October 20, 2009
Page 4

    4.      Implement an appropriate corrective advertising campaign, inclusive of a labeling disclaimer.

## V.    Offer of Compromise

**If Defendants agree to a stipulated injunction that includes an appropriate labeling disclaimer within thirty days from the date of this letter, we will agree to take no further action in this matter nor make any further claim for relief unrelated to the terms of the stipulated injunction.**

As to any Defendants that will not so agree, we will file suit and therein will seek all requested relief, including monetary damages, injunctive relief, statutory penalties, restitution, and attorneys' fees. Please contact me at any time if you would like to discuss this matter.

Very truly yours,

Scott J. Ferrell

SJF:lb
Enclosures



888-715-INFO(4636)

Wellness Center    Testimonials    What Athletes Are Saying    Dietary Content/Components    In The News    FAQs    Contact Us    Order Now

## Achieve Peak Athletic Performance Naturally

with Stemulite™ all-natural Fitness Formula

Learn more about Stemulite™ - Call 1-888-715-INFO (4636)

### People Who Take Stemulite™ Experience:

- Deep REM Sleep
- Increased Muscle Gain and Endurance
- Increased Weight Loss and Fat Loss
- Increased Wellness and Energy



### Hear What Professional Athletes are saying about Stemulite



Simeon Rice
Pro Football Player,
Super Bowl Champion



Ellis Wyms
Pro Football Player,
Super Bowl Champion



**BUY STEMULITE NOW**



Cato June
Pro Football Player,
Super Bowl Champion



Roger Craig
Pro Football Player,
Super Bowl Champion





Where to Buy Online          Where to Buy Online

Stemulite has been featured on


NBC

Eye on

FOX

The statements contained herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. The consumer comments and experiences relayed herein may not be typical. Your experience may vary.

EXHIBIT "A"

Buy Stemulite Fitness Formula                                    Page 1 of 1



**REACH YOUR PEAK**
Call 1-888-715-INFO (4636)

BENEFITS    PROVEN RESULTS    WHY IT WORKS    IN THE NEWS    FAQS    CONTACT

## Start achieving peak athletic performance naturally with Stemulite all-natural fitness formula

for men                          for women

            

Click here for Nutritional information    Click here for Nutritional information

©2009 Metabolic Research, Inc.   all rights reserved

**Follow 3 simple steps to PEAK PERFORMANCE**

STEP 1:
Select your product

Stemulite Fitness Formula for Men
    Single Set - $49.99
    2 Sets - $99.98 (Free Shipping)

Stemulite Fitness Formula for Women
    Single Set - $59.99
    2 Sets - $99.98 (Free Shipping)

Stemulite Fitness For Men and Women
    2 Sets - $115.90 (Free Shipping)


continue



888-715-INFO(4636)

Wellness Center    Testimonials    What Athletes Are Saying    Dietary Content/Components    In The News    FAQs    Contact Us    Order Now

All Natural

Anti Aging

Energy

Muscle Gain & Endurance

Sleep

Weight Loss

Well Being

## Anti Aging





The statements contained herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. The consumer comments and experiences relayed herein may not be typical. Your experience may vary.

Home | Contact Us





**REACH YOUR PEAK**

Call 1-888-715-INFO (4636)

BENEFITS      PROVEN RESULTS      WHY IT WORKS      IN THE NEWS      FAQS      CONTACT



## Achieve peak athletic performance naturally

with Stemulite™ all-natural Fitness Formula

With all my influence, I encourage people to try this product out give it a chance. Don't do it one or two days or just a week, get on a serious plan with Stemulite and see what it can do for you.

**Simeon Rice**
#97 Defensive End, Arizona, Tampa, Champion

**Try Stemulite risk-free today**

100% Money back guarantee

◄ PREV | NEXT ►

LEARN MORE ABOUT STEMULITE – CALL 888-715-INFO (4636)



**Play This Video Now!**

00:00/05:49

See what top athletes are saying about Stemulite

Stemulite has been featured on



## Use Stemulite's all-natural formula to:

- Build strength
- Increase muscle
- Improve endurance
- Minimize recovery time
- Decrease body fat
- Improve recovery time

Learn more about the benefits of Stemulite

Find out what makes Stemulite so effective. Click here

### Follow 3 simple steps to PEAK PERFORMANCE

STEP 1:
Select your product

Stemulite Fitness Formula for Men
Single Set – $69.95
2-Sets – Best on (Free Shipping)

Stemulite Fitness Formula for Women
Single Set – $69.95
2-Sets – $99.90 (Free Shipping)

Stemulite Fitness For Men and Women
2-Sets – $119.90 (Free Shipping)

**continue**



© 2009 Metabolic Research Inc. All rights reserved.



888-715-INFO(4636)

Wellness Center    Testimonials    What Athletes Are Saying    Dietary Content/Components    In The News    FAQs    Contact Us    Order Now

## Stemulite Ingredients



*STEMULITE FOR MEN*

**Supplement Facts**
Serving Size: Two tablets
Servings Per Container: 15

| Amount Per Serving | |
| --- | --- |
| Calories | 0 |
| Total Fat | 1 g |
| Protein | 1 g |
| Sodium | <20 mg |
| Total Carbohydrates | <1 g |
| Lipoic Acid | 300 mg |
| Acetyl L-Carnitine | 200 mg |
| Betaglucan | 50 mg |
| SerraPeptase | 50 mg |
| Quercetin | 50 mg |
| Eggplant extract | 10 mg |
| Indium | 5 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

*STEMULITE FOR WOMEN*

**Supplement Facts**
Serving Size: One tablet
Servings Per Container: 30

| Amount Per Serving | |
| --- | --- |
| Calories | 0 |
| Total Fat | 0 g |
| Protein | 0 g |
| Sodium | <10 mg |
| Total Carbohydrates | <1 g |
| Lipoic Acid | 150 mg |
| Acetyl L-Carnitine | 100 mg |
| Betaglucan | 25 mg |
| SerraPeptase | 25 mg |
| Mexican Yam Extract | 25 mg |
| Quercetin | 25 mg |
| Eggplant extract | 5 mg |
| Indium | 2.5 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

**NIGHTTIME FORMULA** with Stemulite

**Supplement Facts**
Serving Size: Two tablets
Servings Per Container: 15

| Amount Per Serving | |
| --- | --- |
| Calories | 0 |
| Total Fat | 1 g |
| Protein | 1 g |
| Sodium | <20 mg |
| Total Carbohydrates | <1 g |
| Lipoic Acid | 300 mg |
| Acetyl L-Carnitine | 200 mg |
| Betaglucan | 50 mg |
| SerraPeptase | 50 mg |
| Quercetin | 50 mg |
| Eggplant extract | 10 mg |
| Indium | 5 mg |
| Melatonin | 3 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

**NIGHTTIME FORMULA** with Stemulite

**Supplement Facts**
Serving Size: One tablet
Servings Per Container: 30

| Amount Per Serving | |
| --- | --- |
| Calories | 0 |
| Total Fat | 1 g |
| Protein | 1 g |
| Sodium | <20 mg |
| Total Carbohydrates | 1 g |
| Lipoic Acid | 150 mg |
| Acetyl L-Carnitine | 100 mg |
| Betaglucan | 25 mg |
| SerraPeptase | 25 mg |
| Mexican Yam Extract | 25 mg |
| Quercetin | 25 mg |
| Eggplant extract | 5 mg |
| Indium | 2.5 mg |
| Melatonin | 1 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

**WARNING:** DO NOT TAKE IF YOU ARE ALLERGIC TO MUSHROOMS!

**WARNING:** DO NOT TAKE IF YOU ARE ALLERGIC TO MUSHROOMS!

MANUFACTURED BY Metabolic Research Inc.

MANUFACTURED BY Metabolic Research Inc.

## Lipoic Acid (ALA): 300 mg

Alpha-lipoic acid occurs naturally in every cell of the body and is essential to the chemical reactions that allow our bodies to produce energy. As a supplement, it is rapidly absorbed into the blood and the cells where it can prevent free radical damage. It is vital for the creation of energy in every organ of the body, but as we age, there is not enough of it in sufficient quantities. Alpha Lipoic Acid (ALA) (or thioctic acid) is sulfur containing saturated fatty acid found in small amounts in food. The reduced form is known as dihydrolipoic acid (DHLA), while the oxidized form is known as ALA. ALA is synthesized de novo from an 8-carbon fatty acid (octanoic acid) in mitochondria, where protein-bound ALA functions as an enzyme cofactor.

### How it Works

Each cell in our body comes equipped with its own energy mini-engine. This engine is called mitochondria and ALA is essential to mitochondrial function. Mitochondria are cellular organelles that act like tiny engines to convert unusable forms of energy (sugar, protein, fat, amino acids, etc) into a usable chemical form known as adenosine triphosphate (ATP), so that vital cellular chemical reactions throughout the body can occur. They do this by oxidizing (burning) fuels, such as lipids from the diet, and transporting free electrons liberated from these oxidation reactions through a series of proteins called the "electron transport chain." An electrical potential develops across the inner mitochondrial membrane as a result of this movement of electrons. ALA increases the influx of lactate or pyruvate into mitochondrial with corresponding increased $O_2$. Energy liberated from these

EXHIBIT "E"

10/20/2009

oxidation reactions is then used as the driving force for ATP synthesis. It is clear that factors and conditions that cause mitochondrial dysfunction could severely affect overall cellular metabolism and ultimately, our energy levels and survival.

## Other Effects

There is tantalizing evidence that mitochondrial decay may be a primary factor in the aging process. As already noted, mitochondria are the chief source of endogenous oxidants, including hydrogen peroxide and the superoxide and hydroxyl radicals. This high flux of oxidants would not only be expected to damage the cell overall, but also certainly would damage the mitochondria in which the oxidants are produced. Despite an impressive array of antioxidant defenses, such as vitamin C, glutathione and vitamin E, the level of oxidative damage to mitochondria is enormous. Experiments have shown that oxidative damage to mitochondrial DNA (the only organelle with its own DNA outside the nucleus) is 8 to 10-fold higher than the levels found in nuclear DNA and accumulates even higher levels of damage with age.

Chronic steroid use in exercise training and body building often leads to prediabetic conditions or prediabetes. One hallmark of the insulin-resistant state of prediabetes and overt type 2 diabetes is an impaired ability of insulin to activate glucose transport in skeletal muscle, due to defects in insulin receptor substrate-1 (IRS-1)-dependent signaling. An emerging body of evidence indicates that one potential factor in the etiology of skeletal muscle insulin resistance is oxidative stress, an imbalance between the cellular exposure to an oxidant stress and the cellular antioxidant defenses. Therefore, anyone who has any kind of a chronic high glucose should daily take ALA. Exposure of skeletal muscle to an oxidant stress leads to a vicious cycle of impaired insulin signaling and subsequently to reduced glucose transport activity. Numerous studies have demonstrated that treatment of insulin-resistant animals and type 2 diabetic humans with antioxidants, including alpha-lipoic acid (ALA), are associated with improvements in skeletal muscle glucose transport activity and whole-body glucose tolerance.

## Weight Reduction

Any overweight person who begins an exercise/ fitness program can reduce fat and improve fitness. Recent investigations have demonstrated that the combination of exercise training and antioxidant treatment using ALA in obesity-associated insulin resistance provides a unique interactive effect resulting in a greater improvement in insulin action on skeletal muscle glucose transport than either intervention individually. Moreover, this interactive effect of exercise training and ALA is due in part to improvements in IRS-1-dependent insulin signaling. These studies highlight the effectiveness of combining endurance exercise training and antioxidants in beneficially modulating the molecular defects in insulin action observed in insulin-resistant skeletal muscle. The insulin-like of effects of ALA provide body builders a powerful synergistic effect when used with creatine.

"R"-ALA is prescribed in Germany to treat diabetic and alcoholic neuropathies and alcoholic liver disease, thought to result in part from free-radical damage. As discussed above, there is also evidence that it can help decrease insulin resistance. It speeds the removal of glucose from the bloodstream by enhancing insulin function, and thus helps control blood sugar, underlying many cases of coronary heart disease and obesity.

## Fitness /Training Applications

For Weight Lifting – Body Building – Elite Athletes – & Individuals who Workout regularly:

- Powerful Antioxidant and mimics insulin
- Enhances Glucose Utilization
- Enhance Amino Acid Transport
- Lowers Blood Sugar
- Increases Creatine Uptake

ALA increases your muscles uptake of glycogen. This increases muscle cell volume and contributes to that full pumped feeling when you workout.

This is a very desirable effect as the increase in muscle glycogen also increases other important nutrient transport that contributes to cell volume and muscle growth.

ALA is not a thermogenic but it does appear to contribute to favorable body composition changes. This is believed to be due to a nutrient partitioning effect where nutrients are channeled more too lean tissue and away from fat tissue.

ALA will help enhance the efficiency of many different supplements and pharmaceuticals. It enhances the absorption of creatine into the muscle cell by providing a transport vehicle by its unique ability to mimic insulin.

ALA is also one of the most potent antioxidants available. And, when taken with other antioxidants it actually enhances their antioxidant abilities.

## Acetyl (L-carnitine amino acid): 200 mg

L-carnitine, an amino acid derivative, is found in nearly all cells of the body. L-carnitine transports long-chain fatty acids across the inner mitochondrial membranes in the mitochondria, where they are processed by beta-oxidation to produce biological energy in the form of adenosine triphosphate or ATP. L-carnitine is one of the neurotransmitters that cross the blood-brain barrier and functions to support mental clarity and memory. L-carnitine is also known as levocarnitine and was formerly called vitamin B1. L-carnitine is a quaternary amine and belongs to the same chemical family as choline and is soluble in water.

L-carnitine occurs naturally in animal products. Generally, only very small amounts of it are found in plants, with few exceptions, such as avocado and some fermented soy products, e.g. tempeh. L-carnitine is a chiral molecule. Its stereoisomer D-carnitine does not have the biological activity of L-carnitine and may even antagonize L-carnitine in its biological roles.

L-carnitine is synthesized in the human body, chiefly in the liver and kidneys, from the essential amino acids L-lysine and L-methionine. Niacin, vitamins B6 and C, and iron are involved in its biosynthesis. L-carnitine is described as a conditionally essential nutrient. This refers to certain conditions where exogenous L-carnitine may be required, such as in long-term parenteral nutrition, that on valproic acid therapy and possibly for the elderly.

## How it Works

There are at least two major functions of L-carnitine. All tissues except the brain use long-chain fatty acids for bioenergy production. In cardiac and skeletal muscle, a major contribution of bioenergy comes from the beta-oxidation of long-chain fatty acids. Long-chain fatty acids require L-carnitine to transport them across the inner membranes of the mitochondria, wherein their metabolism produces bioenergy. Following the delivery of long

chain fatty acids into other mitochondria. L-carnitine, either by itself or esterified to an acyl group, recrosses the mitochondrial membrane to allow for continual use in this shuttle process

Another function of L-carnitine is to remove short-chain and medium-chain fatty acids from the mitochondria in order to maintain coenzyme A levels in these organelles. These fatty acids accumulate as a result of normal and abnormal metabolism. This mechanism prevents the build-up in the mitochondria of short-chain and medium-chain fatty acids that may interfere with the bioenergy-producing process vital to the normal function of the cell

As mentioned above, L-carnitine is a neurotransmitter which crosses the blood brain barrier. Neurotransmitters are essential in mental processing memory and concentration

## Synergistic Effects

Alpha lipoic acid and acetyl L-carnitine - could alpha lipoic acid and acetyl L-carnitine combine to form the Elixir of Life? When ALA is combined with L-carnitine the effect is powerfully synergistic. The initial excitement about ALC/alpha lipoic acid (ALA) supplementation began when a team of researchers in California fed elderly rats both nutrients for a period of seven weeks and then compared them with young rats. They were testing the theory that mitochondrial decline is caused by free radical damage. There was already evidence that supplementation with acetyl L-carnitine (ALC) could reverse the age-related decline in mitochondrial activity in rats, increase fatty acid oxidation and boost general metabolic activity. However the down side to this increased mitochondrial function was that more oxidative damage occurred, so the researchers decided to add the powerful mitochondrial antioxidant alpha lipoic acid (ALA) to the mix to see if they could get the best of both worlds - increased mitochondrial energy output with reduced mitochondrial damage

This two-pronged 'punch' to ageing cells seemed to work, with the two supplements together producing better results than either one alone. After a month on the supplements, elderly (24-month-old) and lethargic rats had more energy and did better on memory tests, while their mitochondria worked better. The decline in overall activity typical of aged rats was reversed to the level of young-to middle-aged adult rats, aged 7-10 months. The researchers likened this result to a group of 80-year-old humans throwing away their walking sticks and starting to act 35 years younger

## Other Implications for Human Health

These studies on rats caused a huge stir within the scientific community. Here was evidence that some of the processes of ageing could be slowed or even reversed, and the implications for human health and performance were enormous. In the months that followed, a number of human studies were started, many of which are still under way

However, the question of whether the benefits observed in rats might also apply to humans will not be easy to determine. For one thing, the ageing process in humans is much slower than in rats, so the seven-week supplementation period used in the rat studies would equate to around five years of supplementation in humans! Secondly, the amounts of acetyl L-carnitine (ALC)/alpha lipoic acid (ALA) used in the rat studies were very high equivalent to 50g per day of acetyl L-carnitine (ALC) and 5g of alpha lipoic acid (ALA) for an 150 pound adult. That's around 50 times more than is typically available in acetyl L-carnitine (ALC)/ALA supplements found on the shelves of most health food stores!

One of the earliest studies examining the effect of acetyl L-carnitine (ALC) and alpha lipoic acid (ALA) in humans was carried out at San Francisco State University in 2001. In a double-blind, placebo-controlled study lasting 17 weeks, 18 healthy sedentary men aged 60-71 were randomized to one of two treatment régimes: a placebo tablet twice a day or 1,000mgs of acetyl L-carnitine (ALC) and 400mgs of alpha lipoic acid (ALA) in two divided doses. Both groups were then asked to perform a demanding sequence of exercises, after which blood was drawn and analyzed for signs of exercise-induced oxidative stress (a potentially damaging by-product of energy production). To measure oxidative stress, the study evaluated nine different biomarkers: ammonia, beta-carotene, glutamine, glutathione, malondialdehyde, total antioxidant status (TAS), vitamin C, vitamin E-alpha tocopherol, and vitamin E-gamma tocopherol. For eight of these nine biomarkers, a majority of subjects in the treatment group recorded values indicating that levels of oxidative stress had fallen. By contrast, no such benefits were reported in the placebo group

## Fitness/Training Applications

If an acetyl L-carnitine (ALC)/alpha lipoic acid (ALA) combination can reduce exercise-induced oxidative stress that would be good news for athletes who are particularly vulnerable to such stress. However, because the small scale of this study made it difficult to reach statistically significant conclusions, the results were not submitted for scientific publication, which means they should be interpreted with caution

Other human studies are also currently under way, but so far there are no published human studies available, although positive studies in animals continue to proliferate. Last year, for example, American researchers demonstrated that alpha lipoic acid (ALA) supplementation in older racehorses reduced the oxidative stress burden even under light training loads, while a number of other animal studies have shown that acetyl L-carnitine (ALC)/ALA supplementation reduces oxidative stress and improves mitochondrial function in a number of tissues, including brain, muscle and heart

In one of these studies, researchers examined the effects of acetyl L-carnitine (ALC)/alpha lipoic acid (ALA) therapy on ageing and hearing in rats, and found that it reduced the normal age-associated deterioration in auditory sensitivity and improved inner ear function. They concluded that these improvements were related to the acetyl L-carnitine (ALC)/ALA combination's ability to protect and repair age-induced mitochondrial DNA damage thereby boosting mitochondrial function and improving energy turnover. However, while the initial evidence from animal studies looks extremely promising, the jury is still out as far as humans are concerned

## Beta Glucan: 50 mg

B-Glucans (or beta-glucans) are both soluble and insoluble natural gum polysaccharides (sugars) occurring in mushrooms, barley, oats and to a lesser degree in rye and wheat. They are thought to have extensive use or potential in many medical and human nutritional applications. The sugars are branched from a protein backbone molecule which has myriad configurations. The beta glucan used in Stemulite™ is a 1, 3-1, 6-beta glucan derived from edible mushrooms.

Beta-glucans found in certain such as mushroom fungi are thought to have anticancer properties. In Japan, mushroom-derived extracts rich in beta glucans have been used for over 20 years in intravenous forms and are approved for use as adjuncts to chemotherapy. There is a phase III trial in the U.S. using beta-glucans with other cancer drugs. No forms of beta-glucans have been approved by the FDA to treat cancer. Since beta glucan activates complement in the immune system it can be used as a potent recruiter and mobilizer of stem cells from the bone marrow. These progenitor cells have the unique ability to differentiate into any cellular tissue in the body

### How it Works

The immune system responds to cell signals that identify "self" from "non-self" (a germ or virus is considered non-self) by the release of complement. The insoluble Beta-glucan has the unusual ability to enter the blood stream via the Peyer's patches in the gut and activate the immune system's complement component regardless of whether or not the body is invaded by germs or viruses. Complement is a protein that affects only non-self organisms. The white cells of the body are mobilized to attack infections and disease and are guided by antibodies released by B-cells. Obviously, daily use of foods or supplements containing beta-glucan can maintain a heightened immunity to all disease.

When beta-glucan activates the body's complement system such as CR3 receptors on stem cells, they are up-regulated to bind with certain growth factors released by injured tissue. These factors act as powerful signals to recruit somnambulant progenitor stem cells in the body to mobilize and migrate to certain disease or injured tissues in order to repair (and in the case of stem cells) or replenish the injured or dysfunctional cell population. Once stem cells become resident of a tissue system (such as a muscle group) or organ they quickly multiply and replace old tissue with new juvenile cells which are able to mature in a matter of hours or days into the same tissue type that was earlier dysfunctional. If the genetic component of the tissue is normal, the new cells continue replicating indefinitely, completely and permanently eradicating the problem. In the case of fitness training the stem cells are recruited in great numbers to mobilize in muscle systems replacing fat and adding brand new muscle.

### Synergist Effects

Beta-glucan and lipoic acid both participate in the processes of cell growth and differentiation. The process then may become accelerated much in the same manner as steroids effecting muscle growth and inflammation. This has enormous implications in improvement in human health and fitness. A healthy and enhanced immune system provides the body with continual surveillance and immediate defense against disease.

### Fitness/Sports Applications

The immune-stem-cell health potential in fitness and body building is enormous. Over 200,000 cases of tendons tears are treated by physicians annually in the United States. Millions of fitness buffs are constantly slowed or hindered by sprains and muscle pulls which interrupt the training regimes. Within professional sports, injured athletes can incur staggering financial loss. Stem cell recruitment and anti-inflammatory action by a beta glucan/lipoic acid/acetyl carnitine combination may be able to drastically reduce both the injuries and the recovery time of such injuries.

## SerraPeptase™ (Serratiopeptidase): 50 mg

SerraPeptase™ is a proteolytic (breaks down waste proteins) polypeptide enzyme isolated from the non-pathogenic bacteria Serratia species found in the digestive tract of the Japanese silkworm. The enzyme is used by the cocoon-forming silkworm butterflies mature to digest their cocoons. Serrapeptase has been used as a nutritional supplement in Europe and Asia for nearly three decades.

### How it Works

SerraPeptase flushes off congregated waste protein and naturally eases minor pain and inflammation form overexertion or everyday activities by breaking down extraneous fibrin, mucus and other inflammatory compounds the congregate when the body's natural repair function are working. It supports the body's natural process for both drainage and repairs and therefore thought to be extremely helpful in supporting cardiovascular health.

### Fitness/Training Applications

This product can be taken in the supplement as a preventative before an athletic event to allow the body to immediately begin repair from inflammation caused by extreme workouts or physical traumas. It enters inflamed areas that have been isolated from the body's circulation, caused by sprain, swelling, or bruises allowing for recovery time to be greatly accelerated. Therefore it is very useful for athletes who incur any type of muscle damage.

## Quercitin: 50 mg.

Quercitin belongs to a group of polyphenolic substances known as flavonoids. Quercitin is a member of the class of flavonoids called flavones. It is widely distributed in the plant kingdom in rinds and barks. Especially rich sources of Quercitin include onions, red wine, green tea and St. John's wort.

Quercitin is typically found in plants as glycone or carbohydrate conjugates. Quercitin itself is an aglycone or aglucon. That is, Quercitin does not possess a carbohydrate moiety in its structure. Quercitin glycone conjugates include rutin and thujin. Rutin is also known as quercetin-3-rutinoside. Onions contain conjugates of Quercitin and the carbohydrate isorhamnetin, including quercetin-3, 4'-di-O-beta glucoside, isorhamnetin-4'-O-beta glucoside and quercetin-4'-O-beta-glucoside. Quercitin itself is practically insoluble in water. The Quercitin carbohydrate conjugates have much greater water solubility than Quercitin. Thus, daily Quercitin conjugation with other carbohydrates in the body may produce mild diuretic effects. This benefit is especially in women's fitness as monthly menses usually produces a short period of fluid retention (plumping out) and a diuretic would help maintain body definition.

### How it works

Quercitin has antioxidant, anti-inflammatory, antiviral, immunomodulatory, anticancer and gastroprotective activities. It appears also have anti allergy activity and activity in preventing secondary complications of diabetes. Quercitin is an antioxidant and has been shown to inhibit lipid peroxidation. The putative anti-ulcer and gastroprotective effects of Quercitin may, in part, be accounted for by this activity. In vitro and animal studies have shown that Quercitin inhibits deregulation of inflammatory mast cells, basophiles and neutrophils. Thus, quercitin, a special bioflavonoid antioxidant shown to have an antihistamine effect in the body, makes it a natural putative for anti-inflammatory, anti-allergy and immunomodulating activities.

### Fitness/Training Applications

Quercitin adds synergy to the anti inflammatory effects of ALA, SerraPeptase, and Beta glucan reducing recovery time after hard workout. This helps keep airways open and clear of excess mucus. As discussed above, Quercitin is prescribed in Europe as a mild diuretic, and when used in training should prevent fluid accumulation in other body tissues.

## Melatonin: 2 mg.

Melatonin is the principal hormone of the vertebrate pineal gland, and it is also produced by extra-pineal tissues in amphibians. It is found in plants as well, but at much lower concentrations than in animals. This hormone is involved in setting the timing (entrainment) of mammalian circadian rhythms, as well as regulating seasonal responses to changes in day length in seasonally breeding mammals—so called photoperiodic responses. Photoperiodic responses include changes in reproductive status, behavior and body weight. Seasonal effects on reproduction in humans are subtle and the role of melatonin here, if any, is unclear. Recently, melatonin supplementation has become popular as an aid for sleep disorders among other things.

### How it works

Melatonin is synthesized by the pineal gland in the midbrain. The essential amino acid L-tryptophan is a precursor in the synthesis of melatonin. In this synthesis, L-tryptophan first gets metabolized to 5-hydroxytryptophan from which 5-hydroxytryptamine, also known as serotonin, is made. 5-hydroxytryptamine is converted to melatonin in a two-step process occurring mainly in the pineal gland.

Melatonin promotes rapid eye movement (REM) sleep and circadian rhythms that regulates the metabolism of all higher organisms. In man, the body shifts into a quiescent state during sleep which facilitates cellular repair and rebuilding of body tissues. When awake the body operates its metabolism at a much higher rate than when sleeping. Blood pressure, heart rate, breathing, and brain activity operate at a much higher rate requiring most of the available energy of the body. This heightened activity leaves little energy for replenishing vital protein, nutritional, cellular repair and hormone stores for vitality, down regulation of localized inflammatory states, muscle growth and cellular repair which are necessarily carried out during sleep. This is why sleep is so vital to the maintenance of good health.

During sleep the liver, kidneys, and other organs typically detoxify the accumulation of ingested, internally manufactured and inhaled toxins. As heart rate slows and blood pressure drops during sleep, the pressure differential in the extra-cellular spaces allow the cells to expel toxins from the cytoplasm into the interstitial spaces where the lymph and venous systems pick them up and carry them to liver, kidneys and gut for elimination. When one dreams in what is called REM sleep, the body is actually in a paralytic state, unable to move. A great deal of emotional adjustment and brain repair is carried out in REM sleep.

### Fitness/Sports Applications

One of the most important aspects of proper performance (and one of the least practiced) is the concept of regular sleep patterns. Athletes are notorious for working their bodies extremely hard, and not getting the required sleep they need for proper performance. This is seen in a multitude of high school athletes who never make it through intercollegiate sports, and college athletes who do not continue after university sports. Dancers, and some professional athletes who have hectic travel schedules, who disregard the importance of sleep also limit their longevity in their sports. REM sleep.

## Eggplant Extract: 10 mg

Eggplant is a member of the Solanaceae family, which includes some of the most nutritious plants - potato, eggplant, tomato. It contains a powerful alkaloid which acts as an agonist on the acetylcholine (AChR) receptor which when activated is the most effective stem cell and growth factor combination yet discovered.

### How it Works

With the discovery of the adult stem cell found in the bone marrow of adults by Catherine Verfaillie at the University of Minnesota in 2002 it became obvious that stem cells carried an enormous potential to accelerate and enhance the building of new muscle and other tissues in the human body. John Cooke, et al., of Stanford University later identified a specific agonist and receptor for adult stem cells and demonstrated a mechanism of action for the de novo building of blood vessels in blood-starved limbs of animals. It followed that not only blood vessels but any tissue theoretically could be built or be remolded with adult stem cells.

Eggplant alkaloids binding the acetylcholine agonist receptor enhances cognitive functions, such as learning, memory, and retention through activation of brain nicotinic acetylcholine receptors (nAChR). The most common nicotinic receptors found in the brain are the low affinity a 7 nAChR and the high affinity a 4b2-nAChR. a 7- and a 4b2- nAChR agonists possess cognitive-enhancing properties. Several large pharmaceutical companies are developing alpha 7 agonist binding agents. Target treatments include stem cell activations and recruitment, Parkinson Disease, Schizophrenia and Alzheimer's.

### Fitness/Training Applications:

Two new types of stem cells have been found that can seek out injured muscle tissue and replace the damaged cells. Both types respond to the alkaloids found in eggplant extract. Researchers in Italy used stem cells from blood vessels to repair muscle in mice with muscular dystrophy. Canadian scientist found that stem cells from damaged muscle give rise to new muscle fibers. The studies reveal how different typed of stem cells repair injured muscle and point to common: Damaged tissue sends out molecular signals that attract new stem cells. The stem cells then multiply and form new muscle fibers, replacing and repairing injured tissue.

Until recently the signals that recruit stem cells to sites of injury have been unknown. Understanding these signals seems to be the key to finding new ways to replace damaged tissues by encouraging the growth of stem cells already in the body. Athletes should also be interest in these finding which lend credence to the "no pain, no gain" approach to strength training and may lead to new strategies for bulking up. Researchers found that

stem cells from normal tissue would not multiply in culture, but those isolated from injured muscle readily proliferated and gave rise to new muscle cells

Mental acuity and sharpness are required in almost all sports  Stem cell recruitment combined with exogenous ingestion of natural alkaloids that bind and activate the alpha 7 AChR receptors in the brain and promote clarity and mental concentration

### Indium: 5 mg

Indium is known as the missing trace mineral  It is the newly discovered supplement for vibrant health  Only rarely has product been discovered that has been found to have such profound benefits, and yet so little, known, and not at all publicized. This rare earth trace mineral was considered of little use to the body since it is inorganic and therefore unavailable in diet  However, new research has found that indium helps improve the absorption of essential trace elements - such as copper, manganese, and chromium, copper and zinc - in the body, thereby allowing them to perform their functions more efficiently  It has also been shown to have age-related benefits, including improving memory, increasing libido, and keeping weight stable and regulating blood sugar levels

## How it Works

Indium appears to work via the hypothalamus/pituitary/adrenal (HPA) feedback loop complex  The hypothalamus is the key to homeostasis and parasympathetic functions such as breathing, body temperature, food and water intake, and stimulation of the gastrointestinal tract  The pituitary controls growth hormone release, sexual glands and the function of the adrenal glands  The adrenal glands produce sterols such as adrenalin, epinephrine, and cortisol  These hormones down regulate the effects of inflammation as well as the perception of pain, fatigue  and mental alertness

By balancing the feedback of the HPA complex one synchronizes the function and production of at least thirty-one hormones  This synchronization produces an almost universal feeling of euphoria and well-being in most users

One of the theories regarding the ageing process is that it is precipitated by the decreased production of certain hormones as we get older  Indium appears to counteract this by balancing and synchronizing the HPA complex, the hypothalamus, pituitary and adrenal glands  These hormones control sleep, metabolism, body temperature, appetite, blood pressure, sex desire and many other body functions

Indium stimulates hormonal production to youthful levels  It does this by stimulating the HPA master hormone producers  that in turn stimulate the production of over thirty hormones  These hormones then circulate throughout the body and help prevent and fight various aspects of the ageing process - for example, supplies of growth hormone are boosted, which controls metabolism and affects bone density

## Fitness/Training Applications

Immediate increased energy and strength is one of most reported effects of Indium by sports and fitness users  Most of the benefits of Indium occur within 5-10 days of supplementation!

Within one week the regular exerciser, who normally stop exercising due to muscular pain and fatigue should be able to increase their workout by 10% before reaching the pain threshold as indium helps reduce the painful buildup of lactic acid by removing it more quickly from the tissues

In one very recent study with Indium conducted in Budapest, Hungary, 15 male members of the National Kung Fu Championship Team were measure for stamina  Each was administered one drop of liquid indium (ca  5ml) sublingual for two months  At re testing 13 of the 15 demonstrated significant increases over baseline

Although anecdotal, a group of distance runners recently reported 30% increase in running distance for the same time in just two weeks  A group of weight lifters recently reported increasing their standardized bench press by 40% in 60 days using the same protocol

Indium also has a beneficial effect on the thyroid gland  By potentiating this gland and supporting proper thyroid levels  more calories are burned and weight is normalized

## Mexican Yam Extract:

The female version of Stemulite™ contains an extract of the Mexican Yam (Dioscoreaceae family) which contains alkaloids as well as diosgenin and other saponins that may mimic the effects of progesterone, DHEA, or other sex hormones  As a folk medicine, this herb has been traditionally used for centuries to reduce the symptoms of PMS and alleviate discomforts associated with menopause  It is often taken to relieve menstrual uterine cramps  When taken as a dietary supplement to exercise regimens, its estrogenic effect on mammary epithelium has been shown to reduce the effects of fibroglandular tissue loss in the breast while increasing the effect on the loss of adipose fat in the abdomen, hips and thighs

## Other anecdotal reports:

- High prostate PSA levels dropping 75%
- Doctor reports that some diabetic patients reduced their insulin by 80 %
- Parkinson's Disease patient reported improvements in walking and speech with in two weeks
- More restful sleep and needing an hour or less sleep per night
- Improved memory
- Significant increase in libido in both males and females

The statements contained herein have not been evaluated by the Food and Drug Administration  This product is not intended to diagnose, treat, cure or prevent any disease  The consumer comments and experiences relayed herein may not be typical  Your experience may vary

　　　　　　　　　　Copyright © 2009 Stemulite  All Rights Reserved

# EXHIBIT "3"

LUAN K. PHAN (SBN 185985)
THE PHAN LAW GROUP,
A Professional Law Corporation
6080 Center Drive, Suite 610
Los Angeles, CA 90045
Telephone: (310) 242-5600
Facsimile: (310) 943-2126
Email: lphan@lkplaw.com

SCOTT J. FERRELL (SBN 202091)
NEWPORT TRIAL GROUP
610 Newport Center Drive – Suite 700
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469
Email: **sferrell@trialnewport.com**

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL CAMPOS, THOMAS HESS, and SARA JORDAN, individually and on behalf of others similarly situated; | Case No. CV09-944 VBF (DTBx) |
| Plaintiffs, | Hon.: <br> Dept.: |
| v. | **CLASS ACTION COMPLAINT** |
| METABOLIC RESEARCH, INC., a Nevada domestic corporation; and DOE DEFENDANTS 1-10, Inclusive, | **JURY TRIAL DEMANDED** |
| Defendants. | Complaint Filed: <br> Trial Date: None Set |

1

## I. INTRODUCTION

This lawsuit is intended to put an end to the ongoing fraud being perpetrated on unwary Californians seeking to improve their appearance by a company that is making outrageous marketing claims to sell truly worthless products. Defendant Metabolic Research, Inc., makes tens of millions of dollars every year by selling Stemulite, a truly worthless product that is the subject of this lawsuit.

As noted in detail below, to say that Metabolic Research, Inc., has a reputation for playing fast and loose with the truth is a dramatic understatement. Metabolic Research, Inc. invents names for its products that are confusingly similar to genuine pharmaceutical companies or products, make wild (and completely false) claims about their effectiveness, and then waits for the money to roll in. To summarize Mark Twain, "they will say anything to sell anything."

Plaintiffs bring this lawsuit to stop Metabolic Research, Inc. from fleecing Californians from millions of dollars and to recover the many millions of dollars that the class members are entitled to have refunded to them.

## II. THE PARTIES

1.     Plaintiff Sara Jordan ("Jordan") is a citizen of California who maintains her permanent residence in the Central District of California. Plaintiff Sara Jordan has purchased Stemulite in Torrance, California.

2.     Plaintiff Thomas Hess ("Hess") is a citizen of California who maintains his permanent residence in the Central District of California. Plaintiff Thomas Hess has purchased Stemulite in Riverside County, California.

3.     Plaintiff Michael Campos ("Campos) is a citizen of California who maintains his permanent residence in the Southern District of California. Plaintiff Michael Campos has purchased Stemulite in Pacific Beach, California.

4.     Plaintiffs are informed and believe that Defendant Metabolic Research, Inc. ("MRI") is a Nevada corporation with its principal place of business in the state of Nevada. MRI does business in California.

5. Plaintiffs are informed and believe that all of the defendants sued herein act and operate as agents and/or alter egos of one another, fail to observe basic corporate formalities, and are engaged in a common scheme to defraud Californians. Specifically, all of the defendants have contacts with California in that they engage in the manufacture and sale of the products described herein and each act and operate as the agents and/or alter egos of one another in connection with sales efforts and schemes in California.

6. Plaintiffs do not know the true names or capacities of the persons or entities sued herein as DOES 1 to 50, inclusive, and therefore sue such Defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each of the DOE Defendants is in some manner legally responsible for the damages suffered by Plaintiffs and the members of the Stemulite Class (as defined below). Plaintiffs will amend this complaint to set forth the true names and capacities of these Defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

### III. JURISDICTION AND VENUE

7. This Court has jurisdiction over all causes of action asserted herein under the Class Action Fairness Act ("CAFA"), and for purposes of the claims of Plaintiffs. First, there is complete CAFA diversity of citizenship, and complete diversity of citizenship for all purposes. Specifically, each named Plaintiff herein and all of the members of each of the Stemulite Class described herein are by definition citizens of California. And as set forth above, each Defendant is a citizen of a state or states other than California. Second, the amount in controversy for each class, and for Plaintiffs, exceeds $10 million. Additionally, Plaintiffs are informed and believe that the value of injunctive relief sought herein would exceed $10 million.

8. Venue is proper in this Court because Plaintiff Jordan and Plaintiff Hess purchased the Stemulite product in this District, because Plaintiff Jordan and Plaintiff Hess live in this District, and because Defendants have received substantial

3

compensation from sales in this District. Specifically, each Defendant knowingly engages in activities directed at consumers in California, and each Defendant obtains substantial benefits from the Defendants' common scheme perpetrated in this District in California.

9. Plaintiffs have attached herewith, as Exhibits A, B and C, the declarations of venue required by Civil Code Section 1780(d) of Plaintiffs Jordan, Hess and Campos, respectively.

10. Defendants and other out-of-state participants can be brought before this Court pursuant to California's "long-arm" jurisdictional statute.

## IV. FACTS

11. The weight-loss industry is a multi-billion-dollar industry in the United States. Hundreds of new products appear on the market every year, many of them claiming to be a quick and easy solution to the weight loss problem. In an effort to promote real weight loss and to prevent Americans from being defrauded by "miracle pills," the U.S. Food and Drug Administration ("FDA") instructs that "[a]ny claims that you can lose weight effortlessly are false. The only proven way to lose weight is either to reduce the number of calories you eat or to increase the number of calories you burn off through exercise. Most experts recommend a combination of both." A true and correct copy of a brochure published by the FDA, The Facts About Weight Loss Products and Programs, FDA/FTC/NAAG Brochure: 1992, is attached hereto as Exhibit D.

**A.   Manufacturing Defendant - Metabolic Research, Inc.**

12. Defendant MRI, the manufacturer of Stemulite, plays a particularly egregious role in the weight-loss industry by enveloping itself in pseudo scientific garb and claiming to produce supplements that provide miraculous results. Specifically, Defendant MRI invents names for its products that sound like pharmaceutical companies or products, and then make wild claims for their effectiveness in causing weight loss and fat loss, deep REM sleep, increased muscle

4

gain and endurance, increased wellness or energy or otherwise curing whatever ails one. Defendant MRI then markets these products at excessive prices in order to prey upon the acute anxieties of a weight conscious public.

**C.     The Stemulite Product**

13.     Stemulite is a dietary supplement manufactured by Defendant MRI and marketed by Defendants as a weight loss product. Defendants make the following specific claims for the Stemulite Product:

   a.     "People who take Stemulite Experience:
   • Deep REM Sleep
   • Increased Muscle Gain and Endurance
   • Increased Weight Loss and Fat Loss
   • Increased Wellness and Energy." A true and correct copy of Defendants' advertising claims on these points is attached hereto as Exhibit E.

   b.     "Achieve Peak Athletic Performance Naturally with Stemulite all-natural Fitness Formula." A true and correct copy of Defendants' advertising claims on these points is attached hereto as Exhibit F.

   c.     Benefits include: "Complete fitness," "Anti-Aging," "Increased Energy," "Strength & Endurance," "Deeper Sleep," "Weight Loss", and "Well Being." A true and correct copy of Defendants' advertising claims on these points is attached hereto as Exhibit G.

   d.     "Use Stemulite's all-natural formula to:
   • Build strength
   • Increase muscle
   • Improve endurance
   • Minimize recovery time
   • Decrease body fat
   • Improve recovery time."   A true and correct copy of Defendants'

5

online claims on these points is attached hereto as Exhibit H.

e. "Stemulite

- Increase Strength
- Increase Muscle
- Increase Energy
- Increase REM Sleep
- Increase Endurance
- Increase Endurance
- Increase Well Being
- Decrease Recovery Time." A true and correct copy of Defendants' advertising claims on these points is attached hereto as Exhibit I.

14. Plaintiffs are informed and believed that Defendants' claims for Stemulite are false and misleading for the following reasons:

a. Like any other diet supplement, Stemulite cannot reduce caloric intake; individuals may reduce the number of calories ingested by choosing to eat less or to eat healthier foods. No supplement can ever control caloric intake without concomitant individual efforts to eat less or eat healthier foods.

b. Even if Stemulite could suppress appetite and reduce the number of calories consumed, that decrease would have to be coupled with an increase in physical activity in order to lose weight.

c. Even if the stimulants in Stemulite increased energy levels (and presumably physical activity), such an increase would be vastly insufficient to produce the drop in weight, fat, and body fat Defendants claim.

d. Any permanent weight loss program includes a long term change in eating and exercise habits, the very practices Stemulite suggests

6

can be avoided.

15.    Plaintiffs thus are informed and believe, in summary, that Defendants' claims regarding Stemulite are false because (A) permanent weight loss cannot occur automatically without a change in caloric intake or increased physical activity; (B) a short term decrease in appetite and increase in energy from ingesting stimulants contained in Stemulite does not correspond with the permanent weight loss Defendants promise; and (C) the testing results advertised by Defendants are spurious and of no practical significance.

16.    On information and belief Defendants knew that Stemulite did not have the properties Defendants claimed, and that it was defective as set forth above, but nevertheless, they manufactured and marketed the product as set forth above.

17.    Defendants sell Stemulite at prices often exceeding $59.00 per package based on the preceding false claims. *See* Exhibit J attached hereto. As a result, Defendants have wrongfully made tens of millions of dollars in profits from California consumers.

**D.    Plaintiffs Purchase Of Defendants Products In Reliance On Defendants' Claims**

18.    Prior to the filing of this action, on numerous occasions since 2009, and continuing through September 2009, Plaintiff Jordan purchased Stemulite in Torrance, California for her own personal use. In so doing, Plaintiff Jordan believed and relied specifically on the representations contained in the marketing materials for the product, which were present at and displayed where she purchased the product. Those representations explicitly state that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss. Plaintiff Jordan has consumed Stemulite, but the product has not worked as advertised. Specifically, Plaintiff Jordan has found that she has not lost any weight as a consequence of using the product, and in fact has not lost any weight without changing diet or exercise. Also, she has not experienced deep REM sleep, increased

7

muscle gain and endurance, or increased wellness and energy. Plaintiff Jordan has thus suffered injury and damage because she purchased a product based on false advertising and because the product has not worked as advertised.

19. Prior to the filing of this action, on numerous occasions since 2009, and continuing through September 2009, Plaintiff Hess purchased Stemulite from in Riverside County, CA for his own personal use. In so doing, Plaintiff Hess believed and relied specifically on the representations contained in the marketing materials for the product, which were present at and displayed where he purchased the product. Those representations explicitly state that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss. Plaintiff Hess has consumed Stemulite, but the product has not worked as advertised. Specifically, Plaintiff Hess has found that he has not lost any weight as a consequence of using the product, and in fact has not lost any weight without changing diet or exercise. Also, he has not experienced deep REM sleep, increased muscle gain and endurance, or increased wellness and energy. Plaintiff Hess has thus suffered injury and damage because he purchased a product based on false advertising and because the product has not worked as advertised.

20. Prior to the filing of this action, on numerous occasions since 2009, and continuing through September 2009, Plaintiff Campos purchased Stemulite from in Pacific Beach, California for his own personal use. In so doing, Plaintiff Campos believed and relied specifically on the representations contained in the marketing materials for the product, which were present at and displayed where he purchased the product. Those representations explicitly state that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss. Plaintiff Campos has consumed Stemulite, but the product has not worked as advertised. Specifically, Plaintiff Campos has found that he has not lost any weight as a consequence of using the product, and in fact has not lost any weight without changing diet or exercise. Also, he has not experienced deep REM sleep,

8

increased muscle gain and endurance, or increased wellness and energy. Plaintiff Campos has thus suffered injury and damage because he purchased a product based on false advertising and because the product has not worked as advertised.

## V. STEMULITE CLASS ACTION ALLEGATIONS

21. Plaintiffs bring this action against Defendants on behalf of all citizens of California only who purchased Stemulite in California within the last 3 years (the "Stemulite Class"). This class action is brought pursuant to Rule 23(b)(1), (b)(2) and(b)(3) of the Federal Rules of Civil Procedure.

22. Excluded from the Stemulite Class are governmental entities, Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries, and assigns. Also excluded from the Stemulite Class are any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

23. The proposed Stemulite Class is so numerous that individual joinder of all its members is impracticable. Due to the nature of the trade and commerce involved, Plaintiffs believe that the total number of Stemulite Class members is at least in the tens of thousands and that members of the Stemulite Class are geographically dispersed across California. While the exact number and identities of the Stemulite Class members are unknown at this time, such information can be ascertained through appropriate investigation and discovery. The disposition of the claims of the Stemulite Class members in a single class action will provide substantial benefits to all parties and to the Court.

24. There is a well-defined community of interest in the questions of law and fact involved affecting the Stemulite Class and these common questions predominate over any questions that may affect individual Stemulite Class members. Common questions of fact and law include, but are not limited to, the following:

a. Whether Defendants claim or have claimed that "People who take

9

Stemulite Experience:

- Deep REM Sleep
- Increased Muscle Gain and Endurance
- Increased Weight Loss and Fat Loss
- Increased Wellness and Energy."

    b.    Whether Defendants' claims are accurate;

    c.    Whether Defendants falsely represented that Stemulite have characteristics, ingredients, uses, benefits, or quantities which they do not have;

    d.    Whether Defendants falsely represented that Stemulite are of a particular standard, quality or grade;

    e.    Whether Defendants fraudulently induced customers to purchase Stemulite;

    f.    Whether Defendants labeled Stemulite in a way that is misleading in a material respect;

    g.    Whether Defendants continued to sell Stemulite after knowing the preceding facts.

25.    These common questions of law and fact predominate over questions that may affect individual class members in that the claims of all class members for each of the claims herein can be established with common proof. Additionally, a class action would be "superior to other available methods for the fair and efficient adjudication of the controversy," as set forth in Rule 23(b)(3) of the Federal Rules of Civil Procedure in that (1) Class members have little interest in individually controlling the prosecution of separate actions because the individual damages claims of each Class member are not substantial enough to warrant individual filings; (2) Plaintiffs are not aware of any other lawsuits against Defendants commenced by or on behalf of members of the Class; and (3) because the disputed advertisements are common to all Class members and because resolution of the claims of Plaintiffs will

10

resolve the claims of the remaining Class, certification does not pose any manageability problems.

26. The claims of Plaintiffs are typical of the claims of the members of the Stemulite Class. Plaintiffs and all members of the Stemulite Class have been similarly affected by Defendants' common course of conduct since they all relied on Defendants' representations concerning Stemulite and purchased the products based on those representations.

27. Plaintiffs will fairly and adequately represent and protect the interests of the Stemulite Class. Plaintiffs have retained counsel with substantial experience in handling complex class action litigation. Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the Stemulite Class and have the financial resources to do so.

28. Plaintiffs and the members of the Stemulite Class suffered, and will continue to suffer, harm as a result of Defendants' unlawful and wrongful conduct. A class action is superior to other available methods for the fair and efficient adjudication of the present controversy. Individual joinder of all members of the class is impracticable. Even if individual class members had the resources to pursue individual litigation, it would be unduly burdensome to the courts in which the individual litigation would proceed. Individual litigation magnifies the delay and expense to all parties in the court system of resolving the controversies engendered by Defendants' common course of conduct. The class action device allows a single court to provide the benefits of unitary adjudication, judicial economy, and the fair and efficient handling of all class members' claims in a single forum. The conduct of this action as a class action conserves the resources of the parties and of the judicial system and protects the rights of the class members. Furthermore, for many, if not most, a class action is the only feasible mechanism that allows an opportunity for legal redress and justice.

29. Adjudication of individual class members' claims with respect to the

11

Defendants would, as a practical matter, be dispositive of the interests of other members not parties to the adjudication, and could substantially impair or impede the ability of other class members to protect their interests.

## VI. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## VIOLATION OF CALIFORNIA CONSUMERS LEGAL REMEDIES ACT

### (By Plaintiffs and On Behalf of the Stemulite Class)

30.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

31.    As alleged hereinabove, Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.  Specifically:

   a.    Prior to the filing of this action, Plaintiffs purchased Stemulite products for their own personal use. In so doing, Plaintiffs believed and relied specifically on the representations contained in the marketing materials for the products, which they had viewed on television, on the Internet, and in the premises where they purchased the product, and which explicitly state that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss.  Plaintiffs have used Stemulite, but the products have not worked as advertised.  Specifically, they have not experienced weight loss without the need for change in diet and exercise routines, Stemulite did not automatically reduce their caloric intake and cause weight loss, and Stemulite did not make them appear thinner.  Also, Plaintiffs did not experience deep REM sleep, increased muscle gain and endurance, or increased wellness and energy.  Plaintiffs

12

thus have suffered significant injury and damage because they purchased a product based on false advertising and because the product has not worked as advertised.

32.    Prior to filing this Complaint, Plaintiffs' counsel mailed to Defendant and its counsel, by certified mail, return receipt requested, the written notice required by Civil Code Section 1783(a), regarding Stemulite.  A true and correct copy of the notice is attached to this Complaint as Exhibit K.

33.    This cause of action is brought on behalf of all people of the State of California in accordance with the provisions of the California Legal Remedies Act (California Civil Code section 1770).  Plaintiffs and members of the Stemulite Class have lost money or property as a result of Defendants' actions as set forth herein.

34.    Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of violation of the California Legal Remedies Act since Defendants are still representing that their products have characteristics and abilities which are false and misleading.

35.    Pursuant to section 1770 of the California Civil Code, Plaintiffs and the Stemulite Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those set forth in the complaint.  Plaintiffs and the Stemulite Class seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Stemulite Class.  Plaintiffs and the Class also seek Punitive damages since Defendants were put on notice of its violation of the California Legal Remedies Act and took no remedial actions.

## SECOND CAUSE OF ACTION

### UNJUST ENRICHMENT

**(By Plaintiffs and On Behalf of the Stemulite Class)**

36.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the

13

alternative.

37.    Through the conduct described herein, Defendants have received money belonging to Plaintiffs and the Stemulite Class through the sale of Stemulite.

38.    Defendants have reaped substantial profit by misrepresenting and/or concealing the facts regarding their products.  Defendants have marketed Stemulite as having certain properties when they in fact did not and do not have such properties. Ultimately, this has resulted in Defendants' wrongful receipt of profits and injury to Plaintiffs and the Stemulite Class.  Defendants have benefited from the receipt of such money that they would not have received but for their misrepresentation and/or concealment.

39.    As a direct and proximate result of Defendants' misconduct as set forth herein, Defendants have been unjustly enriched.

40.    Under principles of equity and good conscience, Defendants should not be permitted to keep the money belonging to Plaintiffs and the Stemulite Class that Defendants have unjustly received as a result of their actions.

### THIRD CAUSE OF ACTION

### FRAUD

### (By Plaintiffs and On Behalf of the Stemulite Class)

41.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, pleads this cause of action in the alternative.

42.    As alleged herein, Defendants have made representations to Plaintiffs concerning Stemulite as follows:

      a.    Defendants represented to Plaintiffs and to the members of the Stemulite Class, through the representations contained in the marketing materials for Stemulite, which they had viewed on television, on the Internet, and in the premises of where they purchased the product, that a consumer need not change his or her

14

diet and exercise routine in order to lose weight with the product, that Stemulite automatically reduces caloric intake and causes weight loss accordingly, and that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss.

43.    In making these specific representations to Plaintiffs, Defendants acted fraudulently and deceitfully with knowledge that Plaintiffs and the Stemulite Class would rely on their actions and omissions.  Defendants made the aforesaid material representations and/or concealed material facts to induce Plaintiffs and the Stemulite Class to act in reliance on the misrepresentations and statements.

44.    As detailed herein, Plaintiffs expressly relied on the representations of Defendants concerning the properties of the Stemulite, and had no reason to doubt or to dispute those representations.  Plaintiffs and the Stemulite Class at all times are presumed to have reasonably and justifiably relied both directly and indirectly on the actions and representations of Defendants.

45.    As a direct and proximate result of Defendants' fraud, Plaintiffs and the Stemulite Class have suffered actual damages in an amount not presently known, but which will be shown by proof at time of trial, including incidental and consequential damages, interest, and reasonable attorneys' fees.

46.    Plaintiffs are informed and believe and thereon allege that Defendants undertook the aforesaid illegal acts intentionally or with conscious disregard of the rights of Plaintiffs and the Stemulite Class, and did so with fraud, oppression, and malice.  Therefore, Plaintiffs and the Stemulite Class are also entitled to punitive damages against Defendants in an amount that will be shown by proof at trial.

///

///

///

///

15

# FOURTH CAUSE OF ACTION
## VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE
## SECTIONS 17200 ET SEQ.
### (By Plaintiffs and On Behalf of the Stemulite Class)

47.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

48.    As alleged hereinabove, Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.  Specifically:

    a.    Prior to the filing of this action, Plaintiffs purchased Stemulite products for their own personal use. In so doing, Plaintiffs believed and relied specifically on the representations contained in the marketing materials for the products, which they had viewed on television, on the Internet, and in the premises of where they purchased the product, and which explicitly state that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss.   Plaintiffs have used Stemulite, but the products have not worked as advertised.  Specifically, they have not experienced weight loss without the need for change in diet and exercise routines. Stemulite did not automatically reduce their caloric intake and cause weight loss, and Stemulite did not make them appear thinner.  Also, Plaintiffs did not experience deep REM sleep, increased muscle gain and endurance, or increased wellness and energy.  Plaintiffs thus have suffered significant injury and damage because they purchased a product based on false advertising and because the product has not worked as advertised.

16

49. Defendants' actions as alleged in this complaint constitute an unfair or deceptive business practice within the meaning of California Business and Professions Code section 17200 in that Defendants' actions are unfair, unlawful, and fraudulent, and because Defendants have made unfair, deceptive, untrue or misleading statements in advertising media, including the Internet, within the meaning of California Business and Professions Code sections 17500, et seq.

50. Defendants' business practices, as alleged herein, are unfair because they offend established public policy and/or are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to consumers in that consumers are potentially mislead by the claims made with respect to the Stemulite products.

51. Defendants' business practices as alleged herein are unlawful because the conduct constitutes false marketing and advertising and other causes of action alleged herein.

52. Defendants' business practices as alleged herein are fraudulent because they are likely to deceive customers into believing that the Stemulite products have properties that they do not have.

53. Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of unfair competition since Defendants are marketing and selling their products in a manner likely to deceive the public.

54. Defendants' wrongful business practices have caused injury to Plaintiffs and the Stemulite Class.

55. Pursuant to section 17203 of the California Business and Professions Code, Plaintiffs and the Stemulite Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those set forth in the complaint. Plaintiffs and the Stemulite Class also seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Stemulite Class.

17

# FIFTH CAUSE OF ACTION
# BREACH OF WARRANTY
## (By Plaintiffs and On Behalf of the Stemulite Class)

56.    Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

57.    As alleged hereinabove, Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein. Specifically:

a.    Prior to the filing of this action, Plaintiffs purchased Stemulite products for their own personal use. In so doing, Plaintiffs believed and relied specifically on the representations contained in the marketing materials for the products, which they had viewed on television, on the Internet, and in the premises of where they purchased the product, and which explicitly state that Stemulite will cause increased strength, muscle, energy, REM sleep, endurance, well being, recovery time, and weight loss. Plaintiffs have used Stemulite, but the products have not worked as advertised. Specifically, they have not experienced weight loss without the need for change in diet and exercise routines, Stemulite did not automatically reduce their caloric intake and cause weight loss, and Stemulite did not make them appear thinner. Also, Plaintiffs did not experience deep REM sleep, increased muscle gain and endurance, or increased wellness and energy. Plaintiffs thus have suffered significant injury and damage because they purchased a product based on false advertising and because the product has not worked as advertised.

58.    Defendants have made express affirmations of fact as set forth above.

18

These affirmations are false.

59.    Plaintiffs relied on Defendants' false affirmation, as set forth herein.

60.    Defendants' false express affirmations have caused injury to Plaintiffs and the Stemulite Class.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs and members of the Stemulite Class request that the Court enter an order or judgment against Defendants as follows:

1.    Certification of the proposed Stemulite Class and notice thereto to be paid by Defendants;

2.    Adjudge and decree that Defendants have engaged in the conduct alleged herein;

3.    For restitution and disgorgement on certain causes of action;

4.    For an injunction ordering Defendants to cease and desist from engaging in the unfair, unlawful, and/or fraudulent practices alleged in the Complaint;

5.    For compensatory and general damages according to proof on certain causes of action;

6.    For both pre and post-judgment interest at the maximum allowable rate on any amounts awarded;

7.    Costs of the proceedings herein;

8.    Reasonable attorneys' fees as allowed by statute; and

9.    Any and all such other and further relief that this Court may deem just and proper, including but not limited to punitive damages.

DATED: December 23, 2009          THE PHAN LAW GROUP
                                  A Professional Law Corporation

                                  By: _Luan K. Phan / KY_
                                       Luan K. Phan
                                  Attorneys for Plaintiffs and the Stemulite
                                  Class

19

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil procedure Section 38(b), Plaintiffs and the Stemulite Class demand a trial by jury on all issues so triable.

DATED: December 23, 2009                THE PHAN LAW GROUP
                                        A Professional Law Corporation

By:  _____
          Luan K. Phan
Attorneys for Plaintiffs and the Stemulite Class

20

# EXHIBIT A

I, Sara Jordan, declare as follows:

1.    I am a Plaintiff in this action, and am a citizen of the State of California. I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under Civil Code Section 1780(d) in that Los Angeles County is a county in which Defendants are doing business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on September __, 2009, at Torrance California.

_____
Sara Jordan

562026_1.doc:9-30-09                                - 1 -

**DECLARATION OF SARA JORDAN RE PROPER VENUE**

EXHIBIT B

I, Thomas Hess, declare as follows:

1.    I am a Plaintiff in this action, and am a citizen of the State of California. I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under Civil Code Section 1780(d) in that Los Angeles County is a county in which Defendants are doing business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on September 30, 2009, at Riverside, California.

Thomas Hess

562286_1.DOC:9-30-09                                                      - 1 -

**DECLARATION OF THOMAS HESS RE PROPER VENUE**

EXHIBIT C

I, Michael Campos, declare as follows:

1.    I am a Plaintiff in this action, and am a citizen of the State of California.  I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under Civil Code Section 1780(d) in that Los Angeles County is a county in which Defendants are doing business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on September ___, 2009, at San Diego, California.

_____
Michael Campos

562141_1.DOC:9-30-09                                    - 1 -
DECLARATION OF MICHAEL CAMPOS RE PROPER VENUE

EXHIBIT D

U. S. Food and Drug Administration
FDA/FTC/NAAG Brochure*: 1992

Email this Page
To a Friend

# The Facts About Weight Loss
# Products and Programs

*Presented as a Public Service by:*
**Federal Trade Commission**
**Food and Drug Administration**
**National Association of Attorneys General**

### The Weight-Loss Industry

Looking for a quick and easy way to lose weight? You're not alone. An estimated 50 million Americans will go on diets this year. And while some will succeed in taking the weight off, very few--perhaps 5 percent--will manage to keep all of it off in the long run.

One reason for the low success rate is that many people look for quick and easy solutions to their weight problems. They find it hard to believe in this age of scientific innovations and medical miracles that an effortless weight-loss method doesn't exist.

So they succumb to quick-fix claims like "Eat All You Want and Still Lose Weight!" or "Melt Fat Away While You Sleep!" And they invest their hopes (and their money) in all manner of pills, potions, gadgets, and programs that hold the promise of a slimmer, happier future.

The weight-loss business is a booming industry. Americans spend an estimated $30 billion a year on all types of diet programs and products, including diet foods and drinks. Trying to sort out all of the competing claims--often misleading, unproven, or just plain false--can be confusing and costly.

This brochure is designed to give you the facts behind the claims, to help you avoid the outright scams, and to encourage you to consider thoroughly the costs and consequences of the dieting decisions you make.

### The Facts About Weight Loss

Being obese can have serious health consequences. These include an increased risk of heart disease, stroke, high blood pressure, diabetes, gallstones, and some forms of cancer. Losing weight can help reduce these risks. Here are some general points to keep in mind:

- Any claims that you can lose weight effortlessly arefalse. The only proven way to lose weight is either to reduce the number of calories you eat or to increase the number of calories you burn off through exercise. Most experts recommend a combination of both.

- Very low-calorie diets are not without risk and should be pursued only under medical supervision. Unsupervised very low-calorie diets can deprive you of important nutrients and are potentially dangerous.

- Fad diets rarely have any permanent effect. Sudden and radical changes in your eating patterns are difficult to sustain over time. In addition, so-called "crash" diets often send dieters into a cycle of quick weight loss, followed by a "rebound" weight gain once normal eating resumes, and even more difficulty reducing when the next diet is attempted.

- To lose weight safely and keep it off requires long-term changes in daily eating and exercise habits. Many experts recommend a goal of losing about a pound a week. A modest reduction of 500 calories per day will achieve this goal, since a total reduction of 3,500 calories is required to lose a pound of fat. An important way to lower your calorie intake is to learn and practice healthy eating habits.

### In Search of the "Magic Bullet"

Some dieters peg their hopes on pills and capsules that promise to "burn," "block," "flush," or otherwise eliminate fat from the system. But science has yet to come up with a low-risk "magic bullet" for weight loss. Some pills may help control the appetite, but they can have serious side effects. (Amphetamines, for instance, are highly addictive and can have an adverse impact on the heart and central nervous system.) Other pills are utterly worthless.

The Federal Trade Commission (FTC) and a number of state Attorney General have successfully brought cases against marketers of pills claiming to absorb or burn fat. The Food and Drug Administration (FDA) has banned 111 ingredients once found in over-the-counter diet products. None of these substances, which include alcohol, caffeine, dextrose, and guar gum, have proved effective in weight-loss or appetite suppression.

Beware of the following products that are touted as weight-loss wonders:

- Diet patches, which are worn on the skin, have not been proven to be safe or effective. The FDA has seized millions of these products from manufacturers and promoters.

- "Fat blockers" purport to physically absorb fat and mechanically interfere with the fat a person eats.

- "Starch blockers" promise to block or impede starch digestion. Not only is the claim unproven, but users have complained of nausea, vomiting, diarrhea, and stomach pains.

- "Magnet" diet pills allegedly "flush fat out of the body." The FTC has brought legal action against several marketers of these pills.

- Glucomannan is advertised as the "Weight Loss Secret That's Been in the Orient for Over 500 Years." There is little evidence supporting this plant root's effectiveness as a weight-loss product.

- Some bulk producers or fillers, such as fiber-based products, may absorb liquid and swell in the stomach, thereby reducing hunger. Some fillers, such as guar gum, can even prove harmful, causing obstructions in the intestines, stomach, or esophagus. The FDA has taken legal action against several promoters containing guar gum.

- Spirulina, a species of blue-green algae, has not been proven effective for losing weight.

## Phony Devices and Gadgets

Phony weight-loss devices range from those that are simply ineffective to those that are truly dangerous to your health. At minimum, they are a waste of your hard-earned money. Some of the fraudulent gadgets that have been marketed to hopeful dieters over the years include:

- Electrical muscle stimulators have legitimate use in physical therapy treatment. But the FDA has taken a number of them off the market because they were promoted for weight loss and body toning. When used incorrectly, muscle stimulators can be dangerous, causing electrical shocks and burns.

- "Appetite suppressing eyeglasses" are common eyeglasses with colored lenses that claim to project an image to the retina which dampens the desire to eat. There is no evidence these work.

- "Magic weight-loss earrings" and devices custom-fitted to the purchaser's ear that purport to stimulate acupuncture points controlling hunger have not been proven effective.

## Diet Programs

Approximately 8 million Americans a year enroll in some kind of structured weight-loss program involving liquid diets, special diet regimens, or medical or other supervision. In 1991, about 8,500 commercial diet centers were in operation across the country, many of them owned by a half-dozen or so well-known national companies.

Before you join such a program, you should know that according to published studies relatively few participants succeed in keeping off weight long-term. Recently, the FTC brought action against several companies challenging weight-loss and weight-maintenance claims. Unfortunately, some other companies continue to make overblown claims.

The FTC stopped one company from claiming its diet program caused rapid weight loss through the use of tablets that would "burn fat" and a protein drink mix that would adjust metabolism. The FTC also took action against three major programs using doctor-supervised, very low-calorie liquid diets, and they agreed to stop making claims unless they could back them up with hard data.

Before you sign up with a diet program, you might ask these questions:

- What are the health risks?

- What data can you show me that proves your program actually works?

- Do customers keep off the weight after they leave the diet program? ?

- What are the costs for membership, weekly fees, food, supplements, maintenance, and counseling? What's the payment schedule? Are any costs covered under health insurance? Do you give refunds if I drop out?

- Do you have a maintenance program? Is it part of the package or does it cost extra?

- What kind of professional supervision is provided? What are the credentials of these professionals?

- What are the program's requirements? Are there special menus or foods, counseling visits, or exercise plans?

### Clues to Fraud

It is important for consumers to be wary of claims that sound too good to be true. When it comes to weight-loss schemes, consumers should be particularly skeptical of claims containing words and phrases like:

- easy
- effortless
- guaranteed
- miraculous
- magical
- breakthrough
- new discovery
- mysterious
- exotic
- secret
- exclusive
- ancient

### Sensible Weight Maintenance Tips

Losing weight may not be effortless, but it doesn't have to be complicated. To achieve long-term results, it's best to avoid quick-fix schemes and complex regimens. Focus instead on making modest changes to your life's daily routine. A balanced, healthy diet and sensible, regular exercise are the keys to maintaining your ideal weight. Although nutrition science is constantly evolving, here are some generally-accepted guidelines for losing weight:

- Consult with your doctor, a dietician, or other qualified health professional to determine your ideal healthy body weight.

- Eat smaller portions and choose from a variety of foods.

- Load up on foods naturally high in fiber: Fruits, vegetables, legumes, and whole grains.

- Limit portions of foods high in fat: dairy products like cheese, butter, and whole milk; red meat; cakes and pastries.

- Exercise at least three times a week.

### For Help and Information

The Federal Trade Commission has jurisdiction over advertising and marketing of foods, non-prescription drugs, medical devices, and health care services. The FTC can seek federal court injunctions to halt fraudulent claims and obtain redress for injured consumers.

The Food and Drug Administration has jurisdiction over the content and labeling of foods, drugs, and medical devices. The FDA can take law enforcement action to seize and prohibit the sale of products that are falsely labeled.

Most state Attorney General have authority under state consumer protection statutes to investigate and prosecute unfair or deceptive acts and practices. Many have the power to seek consumer restitution, civil fines, and revocation of a company's authority to do business.

To get more information or to file complaints about weight-loss products or programs, write:

Federal Trade Commission
Correspondence Branch

Washington, D.C. 20580

or

Food and Drug Administration
Consumer Affairs and Information
5600 Fishers Lane
Rockville, MD 20857

or

Your State Attorney General
Office of Consumer Protection
Your State Capital

DHHS Publication No (FDA) 92-1189

Home  |  Women's Health

Hypertext Updated by dms/cjm/ear 2000-JUL-07

EXHIBIT E



**888-715-INFO(4636)**

Wellness Center   Testimonials   What Athletes Are Saying   Dietary Content/Components   In The News   FAQs   Contact Us   Order Now

## Achieve Peak Athletic Performance Naturally
### with Stemulite™ all-natural Fitness Formula

Learn more about Stemulite™ - Call 1-888-715-INFO (4636)

### People Who Take Stemulite™ Experience:
○ Deep REM Sleep
○ Increased Muscle Gain and Endurance
○ Increased Weight Loss and Fat Loss
○ Increased Wellness and Energy



### Hear What Professional Athletes are saying about Stemulite

 

**Simeon Rice**
Pro Football Player,
Super Bowl Champion

**Ellis Wyms**
Pro Football Player,
Super Bowl Champion



BUY STEMULITE NOW

   

 

**Cato June**
Pro Football Player,
Super Bowl Champion

**Roger Craig**
Pro Football Player,
Super Bowl Champion

Where to Buy Online          Where to Buy Online

Stemulite has been featured on:

  

The statements contained herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. The consumer comments and experiences relayed herein may not be typical. Your experience may vary.

Copyright © 2009 Stemulite. All Rights Reserved

EXHIBIT F



EXHIBIT G





So, Dr. Summers, I guess that's the reason why, when patients come to me they ask me about Stemulite, a supplement that can actually help them burn fat, build lean muscle mass, get stronger, recover faster—that it's really the stem cells that play a major role.

Well they play the primary role. There are several other factors that help that role. But the body has a very large number of hibernating stem cells and they can be awakened under various stress conditions. They will then participate in regeneration. Repair of damaged tissue, even replacing old cells with new cells and rejuvenating the body—and the appearance.

Now, when you talk about the cells "waking up", I have a decent back ground in stem cell research. Talk about the migration of the stem cells moving toward the problem areas.

©2009 Metabolic Research, Inc. - all rights reserved

Home | Privacy Policy | Terms | Sitemap | Contact Us | FAQs



## Benefits: Increased Energy

Dr. Summers, in a very short time—as short as one week—in addition to getting more quality sleep, I've noticed a heightened sense of energy. But it's not that energy spike that you experience from taking energy drinks, as well as loading up on caffeinated products, like coffee. We all know about that in the morning. What is responsible for that energy burst in Stemulite?

Well I'm glad you pointed that out because there are no artificial stimulants in Stemulite. It's kind of analogous to taking a trip and driving the whole trip without cruise control—driving up and down, up and down—rather than putting it on cruise control. You get a lot of a feeling of well being because your energy level and metabolism are operating on a higher—but a higher constant—not an up and down. So that really does create a feeling of well-being.

Dr. Summers, I would like to get a little bit scientific. You've mentioned before the HAP system and how

©2009 Metabolic Research, Inc. - all rights reserved

Home | Privacy Policy | Terms | Sitemap | Contact Us | FAQs



## Stemulite™

**REACH YOUR PEAK**
Call 1-888-715-INFO (4636)

BENEFITS    PROVEN RESULTS    WHY IT WORKS    IN THE NEWS    FAQS    CONTACT

## Achieve peak athletic performance naturally
with Stemulite™ all-natural Fitness Formula

Hear what Cato June says about Stemulite

100% Money-back guarantee    Try Stemulite today

ALL NATURAL          RECRUITER
Stemulite
Increase Strength
Increase Muscle
Increase Energy
Increase REM Sleep

## Benefits: Strength & Endurance

**Related Videos**

Natural Results

Anti-aging

Increased Energy

Strength & Endurance

Deeper Sleep

Discover the benefits of Stemulite – order now, satisfaction guaranteed!

Dr. Summers, I've really been an avid weightlifter, as well as an exercise specialist, strength and conditioning coach for years on end and one of the pronounced effects, I have to be honest with you, is that I was able to lift a significantly larger amount of weight over a very short period of time. I'm a bit mathematical and it was around 15-20% weight gains in a very short period of time, similar to what you hear about steroids. How did Stimulite impact that?

That's a good question and I can probably expound on that for quite a while. But you, obviously will get the effect of new muscle that are progenitor stem cells that now are maturing in to material muscle cells. That's obvious. The other effects come from the muscles having more energy and an energy chemical made in the nucleus of the cell called ATP. All weight-lifters know about that. From the alpha-lypoic acid, you get about 20-30% more transport of that into the nucleus of the cell and that makes a big effect on the lifting capacity. And the ability to carry off the metabolic waste from the workout with an enzyme we

©2009 Metabolic Research, Inc. - all rights reserved

Home | Privacy Policy | Terms | Sitemap | Contact Us | FAQs





©2009 Metabolic Research, Inc. - all rights reserved



## Benefits: Well Being

Discover the benefits of Stemulite - order now, satisfaction guaranteed!

Dr. Summers I' have spoken to a number of individuals, patients ans well as friends of mine who have told me that shortly after taking Stemulite they've seen their overall energy mood improve, and unfortunately a number of these individuals are dealing with depression and they've told me after taking Stemulite their depression has lightened up.

Well there's probably several ways to explain that but one of the things I do know is the amino acid L-Carnatine directly affects the function of the mental state. I can exemplify this with a study done by aged rats were approaching senility and were fed large doses of L-Carnatine, and they basically regained the same mental acuity, and energy and interest that a control group of young rats had. If you wanted to put it in the chronological ages of humans it would be like eighty year olds going back to the way they were in their twenties. These amino acids and brain nutrients do function to regenerate aging mental process and bring a feeling of wellness and wellbeing.

**Related Videos**

Natural Results

Anti-aging

Increased Energy

Strength & Endurance

Deeper Sleep

©2009 Metabolic Research, Inc. - all rights reserved

EXHIBIT H



EXHIBIT I



EXHIBIT J



**Stemulite™**

REACH YOUR PEAK
Call 1-888-715-INFO (4636)

BENEFITS    PROVEN RESULTS    WHY IT WORKS    IN THE NEWS    FAQS    CONTACT

100% Money back guarantee

FITNESS FORMULA FOR MEN Patent Pending NIGHT-TIME FORMULA™ DIETARY SUPPLEMENT

FITNESS FORMULA FOR MEN Patent Pending DAY-TIME FORMULA™ DIETARY SUPPLEMENT

LEARN MORE ABOUT STEMULITE – CALL 888-715-INFO (4636)

## Use Stemulite's all-natural formula to:

- ○ Build strength
- ○ Increase muscle
- ○ Improve endurance
- ○ Minimize recovery time
- ○ Improve Deep Sleep
- ○ Improve recovery time

Learn more about the benefits of Stemulite

Find out what makes Stemulite so effective. Click here

See what top athletes are saying about Stemulite

Stemulite has been featured on:

NBC    Eye on America    FOX

Follow 3 simple steps to
**PEAK PERFORMANCE**

FREE SHIPPING on purchase of 2 sets

**STEP 1:**
Select your product

Stemulite Fitness Formula for Men
● Single Set - $59.95
● 2 Sets - $99.90 (Free Shipping)

Stemulite Fitness Formula for Women
● Single Set - $59.95
● 2 Sets - $99.90 (Free Shipping)

Stemulite Fitness For Men and Women
● 2 Sets - $119.90 (Free Shipping)

continue

©2009 Metabolic Research, Inc. - all rights reserved

Home | Privacy Policy | Terms | Sitemap | Contact Us | FAQs

EXHIBIT K

# SCOTT J. FERRELL

LAWYER

610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE (949) 717-3000
FACSIMILE (949) 717-3100

October 20, 2009

## BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Metabolic Research, Inc.
6320 McLeod Drive
Suite 7
Las Vegas, NV 89120
Attention: Chief Executive Officer

General Nutrition Centers, Inc.
Mr. Gary R. Kelly
General Counsel
[Secondary Copy to President and CEO
per statute]
300 Sixth Avenue
Pittsburgh, PA 15222

Re:    *Ongoing Violations of California Consumer Legal Remedies Act*

Ladies and Gentlemen:

**Please give this letter your complete and immediate attention.**

## I.  Introduction

I am writing on behalf of Michael Campos, Thomas Hess and Sara Jordan, as well as a class of similarly situated persons, to advise you that the above-referenced parties ("Defendants") have violated and continue to violate the California Consumer Legal Remedies Act.

October 20, 2009
Page 2

## II.  Factual Background

Defendants profit from the marketing, advertising, and distribution of the product "Stemulite," a purported all natural fitness supplement. Specifically, Defendants:

1) Falsely claim that, "People who take Stemulite experience deep REM sleep, increased muscle gain and endurance, increased weight loss and fat loss, increased wellness and energy." A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "A".

2) Falsely claim that people who take Stemulite "achieve peak athletic performance naturally." "A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "B".

3) Falsely claim that by taking Stemulite, benefits include: "Complete fitness, anti-aging, increased energy, strength and endurance, deeper sleep, weight loss, and well-being." A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "C".

4) Falsely claim that Stemulite's all-natural formula can "build strength, increase muscle, improve endurance, minimize recovery time, decrease body fat, improve recovery time." A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "D".

5) Falsely claim that Stemulite can "increase strength, increase muscle, increase energy, increase REM sleep, increase endurance, increase well-being, decrease recovery time." A true and correct copy of Defendants' online claims on these points is attached hereto as Exhibit "E".

6) The testimonials on the Stemulite website claim:

    a) "Within two days of using Stemulite, I slept great!"
    b) "I have noticed a tremendous energy boost."
    c) "Using Stemulite, I have seen results in 2-3 weeks."

October 20, 2009
Page 3

 d) "In three days, suddenly my sleep was fantastic."
 e) "I am getting eight hours of restful sleep, it's a miracle."
 f) "I had a 6 pound loss in a short period of time."
 g) "In just 5 days, my endurance has increased 25%."

## III. Summary of Violations

Defendants' conduct violates the California Consumer Legal Remedies Act by, without limitation:

1. Falsely representing that Stemulite has characteristics, uses and benefits which it does not have;

2. Falsely representing that Stemulite is of a particular standard, quality, or grade;

3. Fraudulently inducing consumers to purchase Stemulite;

4. Placing Stemulite for sale to the general public when it does not materially conform to the product's advertisements;

5. Labeling Stemulite in a way that is misleading in a material respect; and

6. Creating a likelihood of confusion regarding Stemulite.

## IV. Demand for Relief

We intend to file suit seeking individual, representative, and class relief unless, within the time frame referenced above, Defendants:

1. Agree to irrevocably stop all false and misleading advertising of Stemulite;

2. Identify all consumers who have purchased Stemulite within the applicable limitations period and provide such consumers with an appropriate refund;

3. Disgorge all revenues from sales of Stemulite for which the purchasers cannot be identified; and

October 20, 2009
Page 4

4.    Implement an appropriate corrective advertising campaign, inclusive of a labeling disclaimer.

## V.    Offer of Compromise

**If Defendants agree to a stipulated injunction that includes an appropriate labeling disclaimer within thirty days from the date of this letter, we will agree to take no further action in this matter nor make any further claim for relief unrelated to the terms of the stipulated injunction.**

As to any Defendants that will not so agree, we will file suit and therein will seek all requested relief, including monetary damages, injunctive relief, statutory penalties, restitution, and attorneys' fees. Please contact me at any time if you would like to discuss this matter.

Very truly yours,

Scott J. Ferrell

SJF:lb
Enclosures



**888-715-INFO(4636)**

Wellness Center    Testimonials    What Athletes Are Saying    Dietary Content/Components    In The News    FAQs    Contact Us    Order Now

### Achieve Peak Athletic Performance Naturally

with Stemulite™ all-natural Fitness Formula

Learn more about Stemulite™ - Call 1-888-715-INFO (4636)

**People Who Take** Stemulite™ **Experience:**

- Deep REM Sleep
- Increased Muscle Gain and Endurance
- Increased Weight Loss and Fat Loss
- Increased Wellness and Energy



### Hear What Professional Athletes are saying about Stemulite

 

**Simeon Rice**
Pro Football Player,
Super Bowl Champion

**Ellis Wyms**
Pro Football Player,
Super Bowl Champion


  





 

**Cato June**
Pro Football Player,
Super Bowl Champion

**Roger Craig**
Pro Football Player,
Super Bowl Champion

  

Stemulite has been featured on

The statements contained herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. The consumer comments and experiences relayed herein may not be typical. Your experience may vary.

Home | FAQs | Contact Us

Copyright © 2009 Stemulite. All Rights Reserved.

http://www.stemulite.com/        **EXHIBIT "A"**        10/20/2009



REACH YOUR PEAK

Call 1-888-715-INFO (4636)

BENEFITS        PROVEN RESULTS        WHY IT WORKS        IN THE NEWS        FAQS        CONTACT

## Start achieving peak athletic performance naturally with Stemulite all-natural fitness formula

for men

for women





Click here for Nutritional information

Click here for Nutritional information

Follow 3 simple steps to **PEAK PERFORMANCE**

STEP 1:
Select your product



Stemulite Fitness Formula for Men
Single Set - $55.95
2 Sets - $99.90 (Free Shipping)

Stemulite Fitness Formula for Women
Single Set - $55.95
2 Sets - $99.90 (Free Shipping)

Stemulite Fitness For Men and Women
2 Sets - $115.90 (Free Shipping)

continue

©2008 Metabolic Research Inc. all rights reserved

http://www.stemulitenatural.com/buy.html        **EXHIBIT "B"**                10/20/2009

 **Stemulite**™                                   888-715-INFO(4636)

Wellness Center   Testimonials   What Athletes Are Saying   Dietary Content/Components   In The News   FAQs   Contact Us   Order Now

| | |
|---|---|
| All Natural | ## Anti Aging |
| Anti Aging | |
| Energy | |
| Muscle Gain & Endurance | |
| Sleep | |
| Weight Loss | |
| Well Being | |



 BUY NOW

The statements contained herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. The consumer comments and experiences relayed herein may not be typical. Your experience may vary.

Home | Contact Us                                           Copyright © 2009 Stemulite. All rights reserved.

http://www.stemulite.com/anti_aging.html       EXHIBIT "C"                10/20/2009



REACH YOUR PEAK

Call 1-888-715-INFO (4636)

BENEFITS     PROVEN RESULTS     WHY IT WORKS     IN THE NEWS     FAQS     CONTACT



**Achieve peak athletic performance naturally**

with Stemulite™ all-natural Fitness Formula

100% Money back guarantee

With all my influence, I encourage people to try this product out give it a chance. Don't do it one or two days or just a week, get on a serious plan with Stemulite and see what it can do for you.

**Simeon Rice**
#97 Defensive End, Arizona, Tampa, Champion

Try Stemulite risk-free today

◄ PREV | NEXT ►

LEARN MORE ABOUT STEMULITE – CALL 888-715-INFO (4636)



**Play This Video Now!**

00:00/05:49

See what top athletes are saying about Stemulite

Stemulite has been featured on



**Use Stemulite's all-natural formula to:**

- Build strength
- Increase muscle
- Improve endurance
- Minimize recovery time
- Decrease body fat
- Improve recovery time

Learn more about the benefits of Stemulite

Find out what makes Stemulite so effective. Click here

**Follow 3 simple steps to PEAK PERFORMANCE**

STEP 1:
Select your product

Stemulite Fitness Formula for Men
- Single Set - $59.95
- 2 Sets - $98.90 (if set, Sincerest)

Stemulite Fitness Formula for Women
- Single Set - $59.95
- 2 Sets - $98.90 (please, for greater)

Stemulite Fitness For Men and Women
- Single Set for you and your companion



CONTINUE

© 2008 Stemulite Research, Inc., all rights reserved

Dietary Content/Comonents - Stemulite                                              Page 1 of 6



888-715-INFO(4636)

Wellness Center    Testimonials    What Athletes Are Saying    Dietary Content/Components    In The News    FAQs    Contact Us    Order Now

## Stemulite Ingredients



### STEMULITE FOR MEN

**PAYTIME** with Stemulite

| Supplement Facts | |
|---|---|
| Serving Size: Two tablets | |
| Servings Per Container: 15 | |
| Amount Per Serving | |
| Calories | 0 |
| Total Fat | 1 g |
| Protein | 1 g |
| Sodium | < 20 mg |
| Total Carbohydrates | < 1 g |
| Lipoic Acid | 300 mg |
| Acetyl L-Carnitine | 200 mg |
| Betaglucan | 50 mg |
| SerraPeptase | 50 mg |
| Quercetin | 50 mg |
| Eggplant extract | 10 mg |
| Indium | 5 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

### STEMULITE FOR WOMEN

**PAYTIME** with Stemulite

| Supplement Facts | |
|---|---|
| Serving Size: One tablet | |
| Servings Per Container: 30 | |
| Amount Per Serving | |
| Calories | 0 |
| Total Fat | 0 g |
| Protein | 0 g |
| Sodium | < 10 mg |
| Total Carbohydrates | < 1 g |
| Lipoic Acid | 150 mg |
| Acetyl L-Carnitine | 100 mg |
| Betaglucan | 25 mg |
| SerraPeptase | 25 mg |
| Mexican Yam Extract | 25 mg |
| Quercetin | 25 mg |
| Eggplant extract | 5 mg |
| Indium | 2.5 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.



### NIGHTTIME FORMULA with Stemulite

| Supplement Facts | |
|---|---|
| Serving Size: Two tablets | |
| Servings Per Container: 15 | |
| Amount Per Serving | |
| Calories | 0 |
| Total Fat | 1 g |
| Protein | 1 g |
| Sodium | < 20 mg |
| Total Carbohydrates | < 1 g |
| Lipoic Acid | 300 mg |
| Acetyl L-Carnitine | 200 mg |
| Betaglucan | 50 mg |
| SerraPeptase | 50 mg |
| Quercetin | 50 mg |
| Eggplant extract | 10 mg |
| Indium | 5 mg |
| Melatonin | 2 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

### NIGHTTIME FORMULA with Stemulite

| Supplement Facts | |
|---|---|
| Serving Size: One tablet | |
| Servings Per Container: 30 | |
| Amount Per Serving | |
| Calories | 0 |
| Total Fat | 1 g |
| Protein | 1 g |
| Sodium | < 20 mg |
| Total Carbohydrates | 1 g |
| Lipoic Acid | 150 mg |
| Acetyl L-Carnitine | 100 mg |
| Betaglucan | 25 mg |
| SerraPeptase | 25 mg |
| Mexican Yam Extract | 25 mg |
| Quercetin | 25 mg |
| Eggplant extract | 5 mg |
| Indium | 2.5 mg |
| Melatonin | 1 mg |

Proprietary blend of Ganoderma lucidum, Agaricus blazei, Auricularia auricula, and Cordyceps sinensis.

**WARNING:** DO NOT TAKE IF YOU ARE ALLERGIC TO MUSHROOMS!

**WARNING:** DO NOT TAKE IF YOU ARE ALLERGIC TO MUSHROOMS!

Manufactured Only by Metabolic Research Inc.

Manufactured Only by Metabolic Research Inc.



## Lipoic Acid (ALA): 300 mg

Alpha-lipoic acid occurs naturally in every cell of the body and is essential to the chemical reactions that allow our bodies to produce energy. As a supplement, it is rapidly absorbed into the blood and the cells where it can prevent free radical damage. It is vital for the creation of energy in every organ of the body, but as we age, there is not enough of it in sufficient quantities. Alpha Lipoic Acid (ALA) (or thioctic acid) is sulfur containing saturated fatty acid found in small amounts in food. The reduced form is known as dihydrolipoic acid (DHLA), while the oxidized form is known as ALA. ALA is synthesized de novo from an 8-carbon fatty acid (octanoic acid) in mitochondria, where protein bound ALA functions as an enzymatic cofactor.

### How it Works

Each cell in our body comes equipped with its own energy mini engine. This engine is called mitochondria and ALA is essential to mitochondrial function. Mitochondria are cellular organelles that act like tiny engines to convert unusable forms of energy (sugar, protein, fat, amino acids, etc) into a usable chemical form known as adenosine triphosphate (ATP), so that vital cellular chemical reactions throughout the body can occur. They do this by oxidizing (burning) fuels, such as lipids from the diet, and transporting free electrons liberated from these oxidation reactions through a series of proteins called the "electron transport chain." An electrical potential develops across the inner mitochondrial membrane as a result of this movement of electrons. ALA increases the influx of lactate or pyruvate into mitochondrial with corresponding increased $O_2$. Energy liberated from these

oxidation reactions is then used as the driving force for ATP synthesis. It is clear that factors and conditions that cause mitochondrial dysfunction could severely affect overall cellular metabolism and ultimately, our energy levels and survival

## Other Effects

There is tantalizing evidence that mitochondrial decay may be a primary factor in the aging process. As already noted, mitochondria are the chief source of endogenous oxidants, including hydrogen peroxide and the superoxide and hydroxyl radicals. This high flux of oxidants would not only be expected to damage the cell overall, but also certainly would damage the mitochondria in which the oxidants are produced. Despite an impressive array of antioxidant defenses, such as vitamin C, glutathione and vitamin E, the level of oxidative damage to mitochondria is enormous. Experiments have shown that oxidative damage to mitochondrial DNA (the only organelle with its own DNA outside the nucleus) is 8 to 10-fold higher than the levels found in nuclear DNA and accumulates even higher levels of damage with age

Chronic steroid use in exercise training and body building often leads to prediabetic conditions or prediabetes. One hallmark of the insulin-resistant state of prediabetes and overt type 2 diabetes is an impaired ability of insulin to activate glucose transport in skeletal muscle, due to defects in insulin receptor substrate-1 (IRS-1)-dependent signaling. An emerging body of evidence indicates that one potential factor in the etiology of skeletal muscle insulin resistance is oxidative stress, an imbalance between the cellular exposure to an oxidant stress and the cellular antioxidant defenses. Therefore, anyone who has any kind of a chronic high glucose should daily take ALA. Exposure of skeletal muscle to an oxidant stress leads to a vicious cycle of impaired insulin signaling and subsequently to reduced glucose transport activity. Numerous studies have demonstrated that treatment of insulin-resistant animals and type 2 diabetic humans with antioxidants, including alpha-lipoic acid (ALA), are associated with improvements in skeletal muscle glucose transport activity and whole-body glucose tolerance

## Weight Reduction

Any overweight person who begins an exercise/ fitness program can reduce fat and improve fitness. Recent investigations have demonstrated that the combination of exercise training and antioxidant treatment using ALA in obesity-associated insulin resistance provides a unique interactive effect resulting in a greater improvement in insulin action on skeletal muscle glucose transport than either intervention individually. Moreover, this interactive effect of exercise training and ALA is due in part to improvements in IRS-1-dependent insulin signaling. These studies highlight the effectiveness of combining endurance exercise training and antioxidants in beneficially modulating the molecular defects in insulin action observed in insulin-resistant skeletal muscle. The insulin-like of effects of ALA provide body builders a powerful synergistic effect when used with creatine

"R"-ALA is prescribed in Germany to treat diabetic and alcoholic neuropathies and alcoholic liver disease, thought to result in part from free-radical damage. As discussed above, there is also evidence that it can help decrease insulin resistance, it speeds the removal of glucose from the bloodstream by enhancing insulin function, and thus helps control blood sugar, underlying many cases of coronary heart disease and obesity

## Fitness /Training Applications

For Weight Lifting – Body Building – Elite Athletes – & Individuals who Workout regularly:

- Powerful Antioxidant and mimics insulin
- Enhances Glucose Utilization
- Enhance Amino Acid Transport
- Lowers Blood Sugar
- Increases Creatine Uptake

ALA increases your muscles uptake of glycogen. This increases muscle cell volume and contributes to that full pumped feeling when you workout

This is a very desirable effect as the increase in muscle glycogen also increases other important nutrient transport that contributes to cell volume and muscle growth

ALA is not a thermogenic but it does appear to contribute to favorable body composition changes. This is believed to be due to a nutrient partitioning effect where nutrients are channeled more too lean tissue and away from fat tissue

ALA will help enhance the efficiency of many different supplements and pharmaceuticals. It enhances the absorption of creatine into the muscle cell by providing a transport vehicle by its unique ability to mimic insulin

ALA is also one of the most potent antioxidants available. And, when taken with other antioxidants it actually enhances their antioxidant abilities

## Acetyl (L-carnitine amino acid): 200 mg

L-carnitine, an amino acid derivative, is found in nearly all cells of the body. L-carnitine transports long-chain fatty acids across the inner mitochondrial membranes in the mitochondria, where they are processed by beta-oxidation to produce biological energy in the form of adenosine triphosphate or ATP. L-carnitine is one of the neurotransmitters that cross the blood-brain barrier and functions to support mental clarity and memory. L-carnitine is also known as levocarnitine and was formerly called vitamin BT. L-carnitine is a quaternary amine and belongs to the same chemical family as choline and is soluble in water

L-carnitine occurs naturally in animal products. Generally, only very small amounts of it are found in plants, with few exceptions, such as avocado and some fermented soy products, e.g. tempeh. L-carnitine is a chiral molecule. Its stereoisomer D-carnitine does not have the biological activity of L-carnitine and may even antagonize L-carnitine in its biological roles

L-carnitine is synthesized in the human body, chiefly in the liver and kidneys, from the essential amino acids L-lysine and L-methionine. Niacin, vitamins B6 and C, and iron are involved in its biosynthesis. L-carnitine is described as a conditionally essential nutrient. This refers to certain conditions where exogenous L-carnitine may be required, such as in long-term parenteral nutrition, that on valproic acid therapy and possibly for the elderly

## How it Works

There are at least two major functions of L-carnitine. All tissues except the brain use long chain fatty acids for bioenergy production. In cardiac and skeletal muscle, a major contribution of bioenergy comes from the beta oxidation of long-chain fatty acids. Long chain fatty acids require L-carnitine to transport them across the inner membranes of the mitochondria, wherein their metabolism produces bioenergy. Following the delivery of long

chain fatty acids into other mitochondria, L-carnitine, either by itself or esterified to an acyl group, recrosses the mitochondrial membrane to allow for continual use in this shuttle process

Another function of L-carnitine is to remove short-chain and medium-chain fatty acids from the mitochondria in order to maintain coenzyme A levels in these organelles. These fatty acids accumulate as a result of normal and abnormal metabolism. This mechanism prevents the build up in the mitochondria of short-chain and medium-chain fatty acids that may interfere with the bioenergy-producing process vital to the normal function of the cell

As mentioned above, L-carnitine is a neurotransmitter which crosses the blood brain barrier. Neurotransmitters are essential in mental processing, memory and concentration

## Synergistic Effects

Alpha lipoic acid and acetyl L-carnitine could alpha lipoic acid and acetyl L-carnitine combine to form the Elixir of Life? When ALA is combined with L-carnitine the effect is powerfully synergistic. The initial excitement about ALC/alpha lipoic acid (ALA) supplementation began when a team of researchers in California fed elderly rats both nutrients for a period of seven weeks and then compared them with young rats. They were testing the theory that mitochondrial decline is caused by free radical damage. There was already evidence that supplementation with acetyl L-carnitine (ALC) could reverse the age-related decline in mitochondrial activity in rats, increase fatty acid oxidation and boost general metabolic activity. However the down side to this increased mitochondrial function was that more oxidative damage occurred, so the researchers decided to add the powerful mitochondrial antioxidant alpha lipoic acid (ALA) to the mix to see if they could get the best of both worlds: increased mitochondrial energy output with reduced mitochondrial damage

This two-pronged 'punch' to ageing cells seemed to work, with the two supplements together producing better results than either one alone. After a month on the supplements, elderly (24-month-old) and lethargic rats had more energy and did better on memory tests, while their mitochondria worked better. The decline in overall activity typical of aged rats was reversed to the level of young-to-middle-aged adult rats, aged 7-10 months. The researchers likened this result to a group of 80-year-old humans throwing away their walking sticks and starting to act 35 years younger!

## Other Implications for Human Health

These studies on rats caused a huge stir within the scientific community. Here was evidence that some of the processes of ageing could be slowed or even reversed, and the implications for human health and performance were enormous. In the months that followed, a number of human studies were started, many of which are still under way

However, the question of whether the benefits observed in rats might also apply to humans will not be easy to determine. For one thing, the ageing process in humans is much slower than in rats, so the seven-week supplementation period used in the rat studies would equate to around five years of supplementation in humans! Secondly, the amounts of acetyl L-carnitine (ALC)/alpha lipoic acid (ALA) used in the rat studies were very high - equivalent to 50g per day of acetyl L-carnitine (ALC) and 5g of alpha lipoic acid (ALA) for an 150 pound adult. That's around 50 times more than is typically available in acetyl L-carnitine (ALC)/ALA supplements found on the shelves of most health food stores!

One of the earliest studies examining the effect of acetyl L-carnitine (ALC) and alpha lipoic acid (ALA) in humans was carried out at San Francisco State University in 2001. In a double-blind, placebo-controlled study lasting 17 weeks, 18 healthy sedentary men aged 60-71 were randomized to one of two treatment régimes: a placebo tablet twice a day or 1,000mgs of acetyl L-carnitine (ALC) and 400mgs of alpha lipoic acid (ALA) in two divided doses. Both groups were then asked to perform a demanding sequence of exercises, after which blood was drawn and analyzed for signs of exercise-induced oxidative stress (a potentially damaging by-product of energy production). To measure oxidative stress, the study evaluated nine different biomarkers: ammonia, beta-carotene, glutamine, glutathione, malondialdehyde, total antioxidant status (TAS), vitamin C, vitamin E alpha tocopherol, and vitamin E gamma tocopherol. For eight of these nine biomarkers, a majority of subjects in the treatment group recorded values indicating that levels of oxidative stress had fallen. By contrast, no such benefits were reported in the placebo group

## Fitness/Training Applications

If an acetyl L-carnitine (ALC)/alpha lipoic acid (ALA) combination can reduce exercise-induced oxidative stress that would be good news for athletes, who are particularly vulnerable to such stress. However, because the small scale of this study made it difficult to reach statistically significant conclusions, the results were not submitted for scientific publication, which means they should be interpreted with caution

Other human studies are also currently under way, but so far there are no published human studies available, although positive studies in animals continue to proliferate. Last year, for example, American researchers demonstrated that alpha lipoic acid (ALA) supplementation in older racehorses reduced the oxidative stress burden even under light training loads, while a number of other animal studies have shown that acetyl L-carnitine (ALC)/ALA supplementation reduces oxidative stress and improves mitochondrial function in a number of tissues, including brain, muscle and heart

In one of these studies, researchers examined the effects of acetyl L-carnitine (ALC)/alpha lipoic acid (ALA) therapy on ageing and hearing in rats, and found that it reduced the normal age-associated deterioration in auditory sensitivity and improved inner ear function. They concluded that these improvements were related to the acetyl L-carnitine (ALC)/ALA combination's ability to protect and repair age-induced mitochondrial DNA damage thereby boosting mitochondrial function and improving energy turnover. However, while the initial evidence from animal studies looks extremely promising, the jury is still out as far as humans are concerned

# Beta Glucan: 50 mg

B-Glucans (or beta-glucans) are both soluble and insoluble natural gum polysaccharides (sugars) occurring in mushrooms, barley, oats and to a lesser degree in rye and wheat. They are thought to have extensive use or potential in many medical and human nutritional applications. The sugars are branched from a protein backbone molecule which has myriad configurations. The beta glucan used in Stemulite™ is a 1-3-1-6 beta glucan derived from edible mushrooms.

Beta-glucans found in certain such as mushroom fungi are thought to have anticancer properties. In Japan, mushroom-derived extracts rich in beta glucans have been used for over 20 years in intravenous forms and are approved for use as adjuncts to chemotherapy. There is a phase III trial in the U.S. using beta-glucans with other cancer drugs. No forms of beta-glucans have been approved by the FDA to treat cancer. Since beta-glucan activates complement in the immune system it can be used as a potent recruiter and mobilizer of stem cells from the bone marrow. These progenitor cells have the unique ability to differentiate into any cellular tissue in the body.

### How it Works

The immune system responds to cell signals that identify "self" from "non-self" (a germ or virus is considered non-self) by the release of complement. The insoluble Beta-glucan has the unusual ability to enter the blood stream via the Peyer's patches in the gut and activate the immune system's complement component regardless of whether or not the body is invaded by germs or viruses. Complement is a protein that affects only non-self organisms. The white cells of the body are mobilized to attack infections and disease and are guided by antibodies released by B-cells. Obviously daily use of foods or supplements containing beta-glucan can maintain a heightened immunity to all disease.

When beta-glucan activates the body's complement system such as CR3 receptors on stem cells, they are up regulated to bind with certain growth factors released by injured tissue. These factors act as powerful signals to recruit somnambulant progenitor stem cells in the body to mobilize and migrate to certain disease or injured tissues in order to repair (and in the case of stem cells) or replenish the injured or dysfunctional cell population. Once stem cells become resident of a tissue system (such as a muscle group) or organ they quickly multiply and replace old tissue with new juvenile cells which are able to mature in a matter of hours or days into the same tissue type that was earlier dysfunctional. If the genetic component of the tissue is normal, the new cells continue replicating indefinitely, completely and permanately eradicating the problem. In the case of fitness training the stem cells are recruited in great numbers to mobilize in muscle systems replacing fat and adding brand new muscle.

### Synergist Effects

Beta-glucan and lipoic acid both participate in the processes of cell growth and differentiation. The process then may become accelerated much in the same manner as steroids effecting muscle growth and inflammation. This has enormous implications in improvement in human health and fitness. A healthy and enhanced immune system provides the body with continual surveillance and immediate defense against disease.

### Fitness/Sports Applications

The immune-stem-cell health potential in fitness and body building is enormous. Over 200,000 cases of tendons tears are treated by physicians annually in the United States. Millions of fitness buffs are constantly slowed or hindered by sprains and muscle pulls which interrupt the training regimes. Within professional sports, injured athletes can incur staggering financial loss. Stem cell recruitment and anti-inflammatory action by a beta glucan/lipoic acid/acetyl carnitine combination may be able to drastically reduce both the injuries and the recovery time of such injuries.

## SerraPeptase™ (Serratiopeptidase): 50 mg

SerraPeptase™ is a proteolytic (breaks down waste proteins) polypeptide enzyme isolated from the non-pathogenic bacteria Serratia species found in the digestive tract of the Japanese silkworm. The enzyme is used by the cocoon forming silkworm butterflies mature to digest their cocoons. Serrapeptase has been used as a nutritional supplement in Europe and Asia for nearly three decades.

### How it Works

SerraPeptase flushes off congregated waste protein and naturally eases minor pain and inflammation form overexertion or everyday activities by breaking down extraneous fibrin, mucus and other inflammatory compounds the congregate when the body's natural repair function are working. It supports the body's natural process for both drainage and repairs and therefore thought to be extremely helpful in supporting cardiovascular health.

### Fitness/Training Applications

This product can be taken in the supplement as a preventative before an athletic event to allow the body to immediately begin repair from inflammation caused by extreme workouts or physical traumas. It enters inflamed areas that have been isolated from the body's circulation, caused by sprain, swelling, or bruises allowing for recovery time to be greatly accelerated. Therefore it is very useful for athletes who incur any type of muscle damage.

## Quercitin: 50 mg.

Quercitin belongs to a group of polyphenolic substances known as flavonoids. Quercitin is a member of the class of flavonoids called flavones. It is widely distributed in the plant kingdom in rinds and barks. Especially rich sources of Quercitin include onions, red wine, green tea and St. John's wort.

Quercitin is typically found in plants as glycone or carbohydrate conjugates. Quercitin itself is an aglycone or aglucon. That is, Quercitin does not possess a carbohydrate moiety in its structure. Quercitin glycone conjugates include rutin and thujin. Rutin is also known as quercetin-3-rutinoside. Onions contain conjugates of Quercitin and the carbohydrate isorhamnetin, including quercetin-3, 4'-di-O-beta glucoside, isorhamnetin-4-O-beta glucoside and quercetin-4'-O-beta-glucoside. Quercitin itself is practically insoluble in water. The Quercitin carbohydrate conjugates have much greater water solubility than Quercitin. Thus, daily Quercitin conjugation with other carbohydrates in the body may produce mild diuretic effects. This benefit is especially in women's fitness as monthly menses usually produces a short period of fluid retention (plumping out) and a diuretic would help maintain body definition.

### How it works

Quercitin has antioxidant, anti-inflammatory, antiviral, immunomodulatory, anticancer and gastroprotective activities. It appears also have anti-allergy activity and activity in preventing secondary complications of diabetes. Quercitin is an antioxidant and has been shown to inhibit lipid peroxidation. The putative anti-ulcer and gastroprotective effects of Quercitin may, in part, be accounted for by this activity. In vitro and animal studies have shown that Quercitin inhibits deregulation of inflammatory mast cells, basophiles and neutrophils. Thus, quercitin, a special bioflavonoid antioxidant shown to have an antihistamine effect in the body, makes it a natural putative for anti-inflammatory, anti-allergy and immunomodulating activities.

### Fitness/Training Applications

Quercitin adds synergy to the anti inflammatory effects of ALA, SerraPeptase, and Beta glucan reducing recovery time after hard workout. The body's keep airways open and clear of excess mucus. As discussed above, Quercitin is prescribed in Europe as a mild diuretic, and when used to best it should prevent fluid accumulation in other body tissues

# Melatonin: 2 mg.

Melatonin is the principal hormone of the vertebrate pineal gland, and it is also produced by extra-pineal tissues in amphibians. It is found in plants as well, but at much lower concentrations than in animals. This hormone is involved in setting the timing (entrainment) of mammalian circadian rhythms, as well as regulating seasonal responses to changes in day length in seasonally breeding mammals—so called photoperiodic responses. Photoperiodic responses include changes in reproductive status, behavior and body weight. Seasonal effects on reproduction in humans are subtle, and the role of melatonin here, if any, is unclear. Recently, melatonin supplementation has become popular as an aid for sleep disorders among other things.

### How it works

Melatonin is synthesized by the pineal gland in the midbrain. The essential amino acid L-tryptophan is a precursor in the synthesis of melatonin. In this synthesis, L-tryptophan first gets metabolized to 5-hydroxytryptophan from which 5-hydroxytryptamine, also known as serotonin, is made. 5-hydroxytryptamine is converted to melatonin in a two-step process, occurring mainly in the pineal gland

Melatonin promotes rapid eye movement (REM) sleep and circadian rhythms that regulates the metabolism of all higher organisms. In man, the body shifts into a quiescent state during sleep which facilitates cellular repair and rebuilding of body tissues. When awake the body operates its metabolism at a much higher rate than when sleeping. Blood pressure, heart rate, breathing, and brain activity operate at a much higher rate requiring most of the available energy of the body. This heightened activity leaves little energy for replenishing vital protein, nutritional, cellular repair and hormone stores for vitality, down regulation of localized inflammatory states, muscle growth and cellular repair which are necessarily carried out during sleep. This is why sleep is so vital to the maintenance of good health

During sleep the liver, kidneys, and other organs typically detoxify the accumulation of ingested, internally manufactured, and inhaled toxins. As heart rate slows and blood pressure drops during sleep, the pressure differential in the extra-cellular spaces allow the cells to expel toxins from the cytoplasm into the interstitial spaces where the lymph and venous systems pick them up and carry them to liver, kidneys, and gut for elimination. When one dreams in what is called REM sleep, the body is actually in a paralytic state, unable to move. A great deal of emotional adjustment and brain repair is carried out in REM sleep.

### Fitness/Sports Applications

One of the most important aspects of proper performance (and one of the least practiced) is the concept of regular sleep patterns. Athletes are notorious for working their bodies extremely hard, and not getting the required sleep they need for proper performance. This is seen in a multitude of high school athletes who never make it through intercollegiate sports, and college athletes who do not continue after university sports. Dancers, and some professional athletes who have hectic travel schedules, who disregard the importance of sleep also limit their longevity in their sports. REM sleep.

# Eggplant Extract: 10 mg

Eggplant is a member of the Solanaceae family, which includes some of the most nutritious plants- potato, eggplant, tomato. It contains a powerful alkaloid which acts as an agonist on the acetylcholine (AChR) receptor which when activated is the most effective stem-cell and growth factor combination yet discovered

### How it Works

With the discovery of the adult stem cell found in the bone marrow of adults by Catherine Verfaillie at the University of Minnesota in 2002 it became obvious that stem cells carried an enormous potential to accelerate and enhance the building of new muscle and other tissues in the human body. John Cooke, et al., of Stanford University later identified a specific agonist and receptor for adult stem cells and demonstrated a mechanism of action for the de novo building of blood vessels in blood-starved limbs of animals. It followed that not only blood vessels but any tissue theoretically could be built or remolded with adult stem cells

Eggplant alkaloids binding the acetylcholine agonist receptor enhances cognitive functions, such as learning, memory, and retention through activation of brain nicotinic acetylcholine receptors (nAChR). The most common nicotinic receptors found in the brain are the low affinity a 7 nAChR and the high affinity a 4b2-nAChR. a 7- and a 4b2- nAChR agonists possess cognitive-enhancing properties. Several large pharmaceutical companies are developing alpha 7 agonist binding agents. Target treatments include stem-cell activations and recruitment, Parkinson Disease, Schizophrenia and Alzheimer's

### Fitness/Training Applications:

Two new types of stem cells have been found that can seek out injured muscle tissue and replace the damaged cells. Both types respond to the alkaloids found in eggplant extract. Researchers in Italy used stem cells from blood vessels to repair muscle in mice with muscular dystrophy. Canadian scientist found that stem cells from damaged muscle give rise to new muscle fibers. The studies reveal how different types of stem cells repair injured muscle and point to common. Damaged tissue sends out molecular signals that attract new stem cells. The stem cells then multiply and form new muscle fibers, replacing and repairing injured tissue

Until recently the signals that recruit stem cells to sites of injury have been unknown. Understanding these signals seems to be the key to finding new ways to replace damaged tissues by encouraging the growth of stem cells already in the body. Athletes should also be interest in these finding which lend credence to the "no pain, no gain" approach to strength training and may lead to new strategies for bulking up. Researchers found that

Case 2:09-cv-02453-JCM-PAL   Document 16-3   Filed 01/27/10   Page 86 of 86

stem cells from normal tissue would not multiply in culture, but those isolated from injured muscle readily proliferated and gave rise to new muscle cells

Mental acuity and sharpness are required in almost all sports. Stem cell recruitment combined with exogenous ingestion of natural alkaloids that bind and activate the alpha 7 AChR receptors in the brain and promote clarity and mental concentration

## Indium: 5 mg

Indium is known as the missing trace mineral. It is the newly discovered supplement for vibrant health. Only rarely has product been discovered that has been found to have such profound benefits, and yet so little, known, and not at all publicized. This rare earth trace mineral was considered of little use to the body since it is inorganic and therefore unavailable in diet. However, new research has found that indium helps improve the absorption of essential trace elements - such as copper, manganese, and chromium, copper and zinc - in the body, thereby allowing them to perform their functions more efficiently. It has also been shown to have age-related benefits, including improving memory, increasing libido, and keeping weight stable and regulating blood sugar levels

## How it Works

Indium appears to work via the hypothalamus/pituitary/adrenal (HPA) feedback loop complex. The hypothalamus is the key to homeostasis and parasympathetic functions such as breathing, body temperature, food and water intake, and stimulation of the gastrointestinal tract. The pituitary controls growth hormone release, sexual glands and the function of the adrenal glands. The adrenal glands produce sterols such as adrenalin, epinephrine, and cortisol. These hormones down regulate the effects of inflammation as well as the perception of pain, fatigue, and mental alertness

By balancing the feedback of the HPA complex one synchronizes the function and production of at least thirty one hormones. This synchronization produces an almost universal feeling of euphoria and well-being in most users

One of the theories regarding the ageing process is that it is precipitated by the decreased production of certain hormones as we get older. Indium appears to counteract this by balancing and synchronizing the HPA complex, the hypothalamus, pituitary and adrenal glands. These hormones control sleep, metabolism, body temperature, appetite, blood pressure, sex desire and many other body functions

Indium stimulates hormonal production to youthful levels. It does this by stimulating the HPA master hormone producers - that in turn stimulate the production of over thirty hormones. These hormones then circulate throughout the body and help prevent and fight various aspects of the ageing process - for example, supplies of growth hormone are boosted, which controls metabolism and affects bone density

## Fitness/Training Applications

Immediate increased energy and strength is one of most reported effects of Indium by sports and fitness users. Most of the benefits of Indium occur within 5-10 days of supplementation!

Within one week the regular exerciser, who normally stop exercising due to muscular pain and fatigue should be able to increase their workout by 10% before reaching the pain threshold as indium helps reduce the painful buildup of lactic acid by removing it more quickly from the tissues

In one very recent study with Indium conducted in Budapest, Hungary, 15 male members of the National Kung Fu Championship Team were measure for stamina. Each was administered one drop of liquid indium (ca. 5ml) sublingual for two months. At re testing 13 of the 15 demonstrated significant increases over baseline

Although anecdotal, a group of distance runners recently reported 30% increase in running distance for the same time in just two weeks. A group of weight lifters recently reported increasing their standardized bench press by 40% in 60 days using the same protocol

Indium also has a beneficial effect on the thyroid gland. By potentiating this gland and supporting proper thyroid levels, more calories are burned and weight is normalized

## Mexican Yam Extract:

The female version of Stemulite™ contains an extract of the Mexican Yam (Dioscoreaceae family) which contains alkaloids as well as diosgenin and other saponins that may mimic the effects of progesterone, DHCA, or other sex hormones. As a folk medicine, this herb has been traditionally used for centuries to reduce the symptoms of PMS and alleviate discomforts associated with menopause. It is often taken to relieve menstrual uterine cramps. When taken as a dietary supplement to exercise regimens, its estrogenic effect on mammary epithelium has been shown to reduce the effects of fibroglandular tissue loss in the breast while increasing the effect on the loss of adipose fat in the abdomen, hips and thighs

## Other anecdotal reports:

- High prostate PSA levels dropping 75%
- Doctor reports that some diabetic patients reduced their insulin by 80 %
- Parkinson's Disease patient reported improvements in walking and speech with in two weeks
- More restful sleep and needing an hour or less sleep per night
- Improved memory
- Significant increase in libido in both males and females

The statements contained herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. The consumer comments and experiences relayed herein may not be typical. Your experience may vary.