**BEVERLY SALHANICK, ESQUIRE**
**BEVERLY SALHANICK, ESQUIRE P.C.**
Nevada Bar No. 002786
2001 S. Jones, Suite I
Las Vegas, Nevada  89146
(702) 227-0787
(702) 579-9965 fax
Beverly@Salhanicklaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| METABOLIC RESEARCH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT J. FARRELL, MICHAEL CAMPOS, THOMAS HESS, SARA JORDAN, DOES I-V, inclusive, DOE ENTITIES VI-X, inclusive,<br><br>Defendants. | Case No.: 2:09-CV-02453-JCM-PAL<br><br>**ORDER RE: DEFENDANTS' SPECIAL MOTION TO DISMISS AND COUNTERMOTION FOR STAY** |

Defendants' Special Motion to Dismiss and Plaintiff's Countermotion for Stay having come on regularly for hearing, Beverly Salhanick, Esquire, appearing for Plaintiff, Bevin Allen, Esquire of Khorrami Pollard & Abir, LLP and Jennifer A. Carrollo, Esquire of the law firm of Springel & Fink, LLP, the Court having reviewed the pleadings and papers on file and having heard the arguments of counsel, and good cause appearing,

THE COURT FINDS:

1. Nevada case law is controlling.

1

    2.    That N.R.S. 41.650 sets out the definition of good faith in matters regarding the Nevada Anti-SLAPP statute.

    3.    That N.R.S. 41.627 defines good faith communication in furtherance of right to petition in three distinct situations.

    4.    That the demand letter at issue does not fall within any of the situations described in N.R.S. 41.627

    5.    That based on <u>John v Douglas County School District</u>, 125 Nev. Adv. Op. No. 55, 219 P.3d 1276 (2009), headnote 6, the Nevada Anti-SLAPP statute does not apply.

    6.    That the litigation privilege is governed by Nevada law and does not apply in this instance.

    7.    That there is no basis for a stay of this proceeding.

IT IS THEREFORE ORDERED that the Defendants' Special Motion to

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

2

1  Dismiss is denied.
2      IT IS FURTHER ORDERED that Plaintiff's Countermotion for Stay is
3  denied.
4      DATED this 30th day of April, 2010.

6  _____
   UNITED STATES DISTRICT COURT JUDGE

8  Submitted by:
9  **BEVERLY SALHANICK, ESQ., P.C.**

11  /s/ Beverly Salhanick
    Beverly Salhanick, Esquire
12  Nevada Bar #002786
    2001 S. Jones, Suite I
13  Las Vegas, Nevada  89146
    Attorney for Plaintiff

15      Counsel submitting this document certifies as follows:
16      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared ant
17  the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

19      Bevin Allen, Khorrami Pollard & Abir, LLP-disapproved
20      Jennifer A. Carrollo, Springel & Fink-disapproved

28  T:\WPDOCS\M.DIR\Metabolic Research\Ferrell\NV Litigation\M to Dismiss\Order Denying Motion to Dismiss 2.wpd

3