ADAM H. SPRINGEL, ESQ., NBN 7187
SPRINGEL & FINK LLP
2475 Village View Drive, Suite 250
Henderson, Nevada 89074
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
Email: aspringel@springelfink.com

SHAWN KHORRAMI, SBN 180411
ROBERT DREXLER, SBN 119119
BEVIN ALLEN, SBN 221936
KHORRAMI, POLLARD & ABIR LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213)506-6000
Facsimile: (213)596-6010

*Attorneys for Defendants*
Scott J. Ferrell, Michael Campos
Thomas Hess, Sara Jordan

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METABOLIC RESEARCH, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT J. FERRELL, MICHAEL CAMPOS, THOMAS HESS, SARA JORDAN, DOES I-V, inclusive, DOE ENTITIES VI-X, inclusive, <br><br> Defendants. | Case No.: 2:09-CV-02453-JCM-PAL <br><br> **DEFENDANTS' NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** <br><br> Complaint Filed: November 16, 2009 |

1

DEFENDANTS' NOTICE OF APPEAL

1  **NOTICE IS HEREBY GIVEN** that SCOTT J. FERRELL, MICHAEL CAMPOS, THOMAS HESS and SARA JORDAN, Defendants in the above-entitled case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order denying Defendant's Special Motion to Dismiss pursuant to *Nev. Rev. Stat. Ann.* § 41.650, *et seq.* entered in this action on April 30, 2010, attached hereto.

Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all parties to the action, along with the names, addresses and telephone numbers of their respective counsel.

Dated: 5/27/10

KHORRAMI, POLLARD & ABIR, LLP

By: /s/ Shawn Khorrami

SHAWN KHORRAMI
ROBERT J. DREXLER, JR.
BEVIN ALLEN
ballen@kpalawyers.com
444 S. Flower St., Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213)506-6000

ADAM H. SPRINGEL, ESQ.,
SPRINGEL & FINK LLP
2475 Village View Drive, Suite 250
Henderson, Nevada 89074
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
Email: aspringel@springelfink.com

*Attorneys for Defendants*
Scott J. Ferrell, Michael Campos
Thomas Hess, Sara Jordan

# RULE 3-2 REPRESENTATION STATEMENT

Defendants in this action, Scott J. Ferrell, Michael Campos, Thomas Hess, and Sara Jordan are represented by the following counsel:

| | |
|---|---|
| **SHAWN KHORRAMI** <br> **ROBERT DREXLER** <br> **BEVIN ALLEN** <br> **KHORRAMI, POLLARD & ABIR LLP** <br> 444 S. Flower St., Thirty-Third Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 596-6000 <br> Facsimile: (213)596-6010 <br> Email: ballen@kpalawyers.com <br> Leads Counsel for Defendants | **ADAM H. SPRINGEL, ESQ** <br> **SPRINGEL & FINK LLP** <br> 2475 Village View Drive, Suite 250 <br> Henderson, Nevada 89074 <br> Telephone: (702) 804-0706 <br> Facsimile: (702) 804-0798 <br> Email: aspringel@springelfink.com <br><br> Additional Counsel for Defendants |

Plaintiff in this action, Metabolic Research, Inc. is represented by:

Beverly Salhanick, Esq.
BEVERLY SALHANICK., ESQ. P.C.
2001 S. Jones, Suite I
Las Vegas, Nevada 89146
Telephone: (702) 227-0787
Fax: (702) 579-9965

Dated: 5/27/10

KHORRAMI, POLLARD & ABIR, LLP

By: /s/ Shawn Khorrami
SHAWN KHORRAMI
ROBERT J. DREXLER, JR.
BEVIN ALLEN
444 S. Flower St., Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: ballen@kpalawyers.com

ADAM H. SPRINGEL, ESQ.,
SPRINGEL & FINK LLP
2475 Village View Drive, Suite 250
Henderson, Nevada 89074
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
Email: aspringel@springelfink.com

*Attorneys for Defendants*

**BEVERLY SALHANICK, ESQUIRE**
**BEVERLY SALHANICK, ESQUIRE P.C.**
Nevada Bar No. 002786
2001 S. Jones, Suite I
Las Vegas, Nevada  89146
(702) 227-0787
(702) 579-9965 fax
Beverly@Salhanicklaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METABOLIC RESEARCH, INC.,<br>a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT J. FARRELL, MICHAEL CAMPOS, THOMAS HESS, SARA JORDAN, DOES I-V, inclusive, DOE ENTITIES VI-X, inclusive,<br><br>Defendants. | Case No.: 2:09-CV-02453-JCM-PAL<br><br>**ORDER RE: DEFENDANTS' SPECIAL MOTION TO DISMISS AND COUNTERMOTION FOR STAY** |

Defendants' Special Motion to Dismiss and Plaintiff's Countermotion for Stay having come on regularly for hearing, Beverly Salhanick, Esquire, appearing for Plaintiff, Bevin Allen, Esquire of Khorrami Pollard & Abir, LLP and Jennifer A. Carrollo, Esquire of the law firm of Springel & Fink, LLP, the Court having reviewed the pleadings and papers on file and having heard the arguments of counsel, and good cause appearing,

THE COURT FINDS:

1.    Nevada case law is controlling.

1

1     2. That N.R.S. 41.650 sets out the definition of good faith in matters regarding the Nevada Anti-SLAPP statute.

3     3. That N.R.S. 41.627 defines good faith communication in furtherance of right to petition in three distinct situations.

5     4. That the demand letter at issue does not fall within any of the situations described in N.R.S. 41.627

7     5. That based on <u>John v Douglas County School District</u>, 125 Nev. Adv. Op. No. 55, 219 P.3d 1276 (2009), headnote 6, the Nevada Anti-SLAPP statute does not apply.

10     6. That the litigation privilege is governed by Nevada law and does not apply in this instance.

12     7. That there is no basis for a stay of this proceeding.

13     IT IS THEREFORE ORDERED that the Defendants' Special Motion to

. . . .

2

1  Dismiss is denied.

2      IT IS FURTHER ORDERED that Plaintiff's Countermotion for Stay is

3  denied.

4      DATED this 30th day of April, 2010.

6                                             _____
                                          UNITED STATES DISTRICT COURT JUDGE

8  Submitted by:

9  **BEVERLY SALHANICK, ESQ., P.C.**

11  /s/ Beverly Salhanick
Beverly Salhanick, Esquire
12  Nevada Bar #002786
2001 S. Jones, Suite I
13  Las Vegas, Nevada 89146
Attorney for Plaintiff

15      Counsel submitting this document certifies as follows:

16      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared ant
17  the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

19      Bevin Allen, Khorrami Pollard & Abir, LLP-disapproved

20      Jennifer A. Carrollo, Springel & Fink-disapproved

28  T:\WPDOCS\M.DIR\Metabolic Research\Ferrell\NV Litigation\M to Dismiss\Order Denying Motion to Dismiss 2.wpd
                                        3

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEAL** was filed and served electronically on May 27, 2010, via CM/ECF. Notification of this filing will be sent automatically to all counsel of record including defendants' counsel as follows:

Beverly Salhanick, Esq.
Beverly Salhanick, P.C.
2001 South Jones, Suite I
Las Vegas, NV 89146
Telephone:   (702) 227-0787
Facsimile:   (702) 579-9965
Email:        beverly@salhanicklaw.com

KHORRAMI POLLARD & ABIR LLP

By: _____
DEBRA KNIGHTEN, Legal Assistant

SHAWN KHORRAMI
ROBERT J. DREXLER
MATT C. BAILEY
mbailey@kpalawyers.com
BEVIN E. ALLEN
444 S. Flower St., 33rd Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:    (213) 596-6010

ADAM H. SPRINGEL, ESQ., NBN 7187
aspringel@springelfink.com
SPRINGEL & FINK LLP
2475 Village View Drive, Suite 250
Henderson, Nevada 89074
Telephone: (702) 804-0706
Facsimile: (702) 804-0798

*Attorneys for Defendants*
Scott J. Ferrell, Michael Campos
Thomas Hess, Sara Jordan

1