**BEVERLY SALHANICK, ESQUIRE**
**BEVERLY SALHANICK, ESQUIRE P.C.**
Nevada Bar No. 002786
2001 S. Jones, Suite I
Las Vegas, Nevada 89146
(702) 227-0787
(702) 579-9965 fax
Beverly@Salhanicklaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

METABOLIC RESEARCH, INC.,
a Nevada corporation,

        Plaintiff,

vs.

SCOTT J. FARRELL, MICHAEL
CAMPOS, THOMAS HESS, SARA
JORDAN, DOES I-V, inclusive,
DOE ENTITIES VI-X, inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:09-CV-02453-JCM-PAL

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Beverly Salhanick, Esq. of the law firm of Beverly Salhanick, Esquire, P.C., moves this Court for an Order allowing her to withdraw as counsel of record for Plaintiff. This Motion is made and based on:

1. Plaintiff has not communicated with counsel since the week set for oral argument in the Ninth Circuit.

This Motion is further made and based on L.R. 10-6(b), the pleadings

. . . .

. . . .

. . . .

1

and papers on file herein and the Points and Authorities and Affidavit of Beverly Salhanick attached hereto.

DATED this 11 day of September, 2012.

**BEVERLY SALHANICK, ESQ., P.C.**

/s/ Beverly Salhanick
Beverly Salhanick, Esquire
Nevada Bar #002786
2001 S. Jones, Suite I
Las Vegas, Nevada 89146

**POINTS AND AUTHORITIES**

L.R. 10-6 allows an attorney to withdraw with leave of court and after notice to the client and opposing counsel. L.R. 10-6 indicates that if there would be delay of any discovery, trial or hearing, good cause must be shown.

Additionally Rule 150 of the Nevada Supreme Court Rules (1986) specifically adopts the American Bar Association Model Rules of Professional Conduct and labels them (with minor changes) the Nevada Rules of Professional Conduct (NRPC). Rule 166(2) of the NRPC states that an attorney may be allowed to withdraw from representing a client:

> . . . if withdrawal can be accomplished without material adverse effect on the interest of a client, or if: . . . (d) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (e) the representation will result in an unreasonable financial burden on the lawyer. . . [Emphasis added]

As shown by the Affidavit Beverly Salhanick, Esq. filed in support of this Motion to Withdraw as Attorney of Record, withdrawal is appropriate.

There has been no response to any communications sent by Plaintiff's counsel to Plaintiff since mid-June, 2011. Plaintiff's counsel has attempted to locate other emails or addresses for Plaintiff, but has not been successful. The website has been abandoned and the domain name appears to be up for sale. Exhibit 1. The last SEC filing appears to have occured in September, 2010. Exhibit 2. Mail sent to the address listed in the SEC report has been returned. Affidavit of Beverly Salhanick. The Nevada corporation has been revoked. Exhibit 3. In essence, Plaintiff no longer exists.

To require Plaintiff's counsel to respond to a substantive motion when the Plaintiff does not appear to exist is unfair to Plaintiff's counsel. Plaintiff has a substantial outstanding balance due to Plaintiff's counsel and to further increase that outstanding balance by responding to a substantive motion is financially burdensome to Plaintiff's counsel. Plaintiff's counsel requests that the Motion to Withdraw be granted.

DATED this __11th__ day of September, 2012.

**BEVERLY SALHANICK, ESQ., P.C.**


__/s/ Beverly Salhanick__
Beverly Salhanick, Esquire
Nevada Bar #002786
2001 S. Jones, Suite I
Las Vegas, Nevada 89146

3

<u>Affidavit of Beverly Salhanick</u>

State of Nevada     )
                    ):ss
County of Clark     )

Beverly Salhanick, being first duly sworn, deposes and says,

Affiant is an attorney duly licensed in Nevada.  Affiant has personal knowledge of the facts contained in this affidavit or knows of them upon information and belief and is competent to testify thereto.

The documents attached to this motion are true and correct copies of documents obtained by Affiant online.

Affiant has made multiple attempts to contact the Plaintiff. There has been no response to any communications sent by Affiant to Plaintiff since mid-June, 2011.  Affiant has attempted to locate other emails or addresses for Plaintiff, but has not been successful.

Affiant believes that Plaintiff is no longer operating.

Plaintiff's last known address is: 5603 Bayshore Blvd., Tampa FL 33611.

Further your Affiant sayeth naught.

_____
Beverly Salhanick

Subscribed and Sworn to Before
Me this 11th day of September, 2012
by Beverly Salhanick

_____
Notary Public

LAURIE ALDERMAN
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 10-9-2013
Certificate No: 97-3895-1

4

<u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed and served electronically this 11th day of September, 2012 via CM/ECF. Notification of this filing will be sent automatically to all counsel fo record including defendant's counsel as follows:

Adam H. Springel, Esq.
Springel & Fink, LLP
2475 Village View Drive
Suite 250
Henderson, NV 89074

MATT C. BAILEY, SBN 218685
mbailey@kpalawyers.com
KHORRAMI POLLARD & ABIR LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071

    /s/ Laurie Alderman
An employee of
Beverly Salhanick, Esq., P.C.