EXHIBIT 1

This domain has recently been listed in the marketplace at domainnamesales.com. Click here to inquire or call 1-800-477-8207.

# Metabolicresearchinc.com

**Most Popular**

Liquid Diet

Protein Shakes

Herbal Weight Loss

Health Food

Herbs for Weight Loss

Home Exercise

Weight Loss Pills

Search

 Go

**Yoga and Meditation**    **Weight Management**    **Weight Loss Tips**



**WHAT ARE YOU LOOKING FOR?**

Top Searches

Diet System

Exercise Treadmills

Fitness Videos

Hot Favourites

Low Carb Eating

Smart Liposuction

Cholesterol Control

## Top Picks



High-Fiber Foods

Low Carb Eating



Smart Liposuction

Cholesterol Control

High-Fiber Foods    Crash Diets



Nutrition Bars

Pilates for Weight Loss

Diet System

Fitness Videos

Bookmark This Page  |  Make This Your Homepage

EXHIBIT 2

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

Form 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2010

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number 000-25879

# Metabolic Research, Inc.

(Exact name of registrant as specified in its charter)

| Nevada | 20-8050263 |
|---|---|
| (State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification Number) |

2602 E 7th Ave Tampa, Florida 33605

(Address of principal executive offices)

Registrant's telephone number, including area code: **(813) 990-8202**

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the securities Exchange Act of 1934 during the preceding 12 months (or for such sho

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definition of "large accelerated filer," "acc

| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act. Yes ☐ No ☒

APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY

PROCEEDINGS DURING THE PRECEDING FIVE YEARS:

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13, or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution c

APPLICABLE ONLY TO CORPORATE ISSUERS:

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

As of September 30, 2010, the Registrant has outstanding 60,408,009 shares of Common Stock.

**INDEX**

| | | Page No. |
|---|---|---|
| PART I. | FINANCIAL INFORMATION | 3 |
| ITEM 1. | FINANCIAL STATEMENTS | 3 |
| | Condensed Consolidated Balance Sheet as of September 30, 2010 (unaudited) and December 31, 2009 | 3 |
| | Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2010 and 2009 | 4 |
| | Condensed Consolidated Statements of Cash Flows for the three months ended September 30, 2010 and 2009 | 5 |
| | Notes to Unaudited Financial Statements | 6 |
| ITEM 2. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 7 |
| ITEM 3. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 8 |
| ITEM 4(T). | CONTROLS AND PROCEDURES | 8 |
| PART II. | OTHER INFORMATION | 9 |
| ITEM 1. | LEGAL PROCEEDINGS | 9 |
| ITEM 1A. | RISK FACTORS | 9 |
| ITEM 2. | UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS | 9 |
| ITEM 3. | DEFAULTS UPON SENIOR SECURITIES | 10 |
| ITEM 4. | SUBMISSION OF MATTER TO A VOTE OF SECURITY HOLDERS | 10 |
| ITEM 5. | OTHER INFORMATION | 10 |
| ITEM 6. | EXHIBITS | 10 |
| SIGNATURES | | 10 |

PART I. FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS

**METABOLIC RESEARCH, INC**
**CONDENSED CONSOLIDATED BALANCE SHEET**
As of September 30, 2010 and December 31, 2009

| | | September 30, 2010 | | December 31, 2009 |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| **Current Assets** | | | | |
| Cash and Cash Equivalent | $ | 28,006 | $ | 84,686 |
| Accounts Receivable | $ | -25,725 | $ | 441,715 |
| Inventory | $ | 116,961 | $ | 129,136 |
| Deposits | $ | | $ | 4,807 |
| Prepaid Consulting | $ | | $ | 443,898 |
| Prepaid Financing | $ | 0 | $ | 0 |
| Total Current Assets | $ | 119,242 | $ | 1,104,242 |
| **Other Assets** | | | | |
| Investments in IDZIN, Inc. | $ | 10,690 | $ | 10,690 |
| Furniture & Equipment | $ | 1,950 | $ | 2,442 |
| Communication Equipment | $ | 4,824 | $ | 4,824 |
| Patents and Trademarks | $ | 6,546,950 | $ | 10,255,152 |
| License | $ | 1,560,000 | $ | 1,560,000 |
| Total Other Assets | $ | 8,124,414 | $ | 11,833,108 |
| Total Assets | $ | 8,243,656 | $ | 12,937,350 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | $ | 548,959 | $ | 364,779 |
| Credit Cards | $ | 5,923 | $ | 11,531 |
| Royalties Payable | $ | 17,264 | $ | 378,185 |
| Advances from Related Parties | $ | | $ | 9,692 |
| Note - Debenture | $ | 0 | $ | 0 |
| Payroll Tax Liability | $ | 60,856 | $ | 19,586 |
| Due Directors* | $ | 12,607 | $ | 43,404 |
| Notes Payable | $ | 68,500 | $ | 0 |
| Derivative Liability | $ | | $ | (36,056) |
| Total Current Liabilities | $ | 714,109 | $ | 791,121 |
| **Stockholders' Equity** | | | | |
| Preferred Stock - $0.001 par value, 50,000,000 shares authorized: 9,815,000 issued and outstanding | $ | 9,815 | $ | 9,815 |
| Common Stock - $0.001 par value, 200,000,000 shares authorized: 60,408,009 shares issued and outstanding | $ | 60,408 | $ | 52,495 |
| Additional paid in capital | $ | 14,997,501 | $ | 14,997,501 |
| Accumulated (deficit) during the development stage) | $ | (6,585,124) | $ | (2,913,582) |
| Total Stockholders' Equity | $ | 7,529,546 | $ | 12,146,229 |
| Total Liabilities and Stockholders' Equity | $ | 8,243,656 | $ | 12,937,350 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

- Due to KC Quintana who resigned from the Board of Directors for personal reasons on September 14th 2010

3

METABOLIC RESEARCH, INC.
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
For the three months and nine months ended as of September 30, 2010 and 2009

| | For the three months ended September 30, | | | | For the nine months ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2010 | | 2009 | | 2010 | | 2009 |
| REVENUES: | | | | | | | | |
| Net Sales | $ | 281,420 | $ | 2,016,947 | $ | 1,660,326 | $ | 3,769,315 |
| Cost of Sales | $ | 133,287 | $ | 355,677 | $ | 1,120,253 | $ | 1,376,735 |
| Gross Profit | $ | 148,133 | $ | 1,661,270 | $ | 540.073 | $ | 2,392,580 |
| | | | | | | | | |
| COSTS AND EXPENSES: | | | | | | | | |
| General and Administrative | $ | 213,149 | $ | 792,488 | $ | 723,510 | $ | 1,617,151 |
| Advertising Expense | $ | 23,440 | $ | 185,093 | $ | 76,556 | $ | 836,382 |
| Board of Directors Expense | $ | 0 | $ | 0 | $ | 0 | $ | 0 |
| Consulting Expense | $ | 33,099 | $ | 101,679 | $ | 113,099 | $ | 460,008 |
| Depreciation and Amortization | $ | 3036 | $ | 492 | $ | 6,072 | $ | 1,476 |
| Warehouse Expense | $ | 0 | $ | | $ | 0 | $ | 0 |
| | | | | | | | | |
| Total Costs and Expenses | $ | 269,689 | $ | 1,662,982 | $ | 917,760 | $ | 2,915,017 |
| | | | | | | | | |
| Operating Income (Loss) | $ | (115,484 ) | $ | (1,712 ) | $ | (368,704 ) | $ | (522,437 ) |
| | | | | | | | | |
| OTHER INCOME (EXPENSE): | | | | | | | | |
| Interest Expense | $ | 0 | $ | 0 ) | $ | 482 | $ | 482 |
| | | | | | | | | |
| Income (Loss) before income taxes | $ | (115,484 ) | $ | (1,712 ) | $ | (368,704 ) | $ | (522,919 ) |
| Provision for income taxes | $ | 0 | $ | 0 | $ | 0 | $ | 0 |
| | | | | | | | | |
| Net Income(Loss) | $ | (115,484 ) | $ | (1,712 ) | $ | (368,704 ) | $ | (522,919 ) |
| | | | | | | | | |
| Other comprehensive income: | | | | | | | | |
| Derivative Items | | | $ | 0 | $ | 68,358 | $ | 68,358 |
| Notes Receivable Write-Off | $ | 0 | $ | 0 | $ | 0 | $ | 0 ) |
| Net comprehensive Income (loss) | $ | (115,484 ) | $ | (1,712 ) | $ | (368,704 ) | $ | (454,561 ) |
| | | | | | | | | |
| | | | | | | | | |
| Net Income (loss) per common share | | | | | | | | |
| Basic and Diluted | $ | 0.000 | $ | 0.010 | $ | 0.000 | $ | 0.000 |
| Weighted average shares outstanding | | | | | | | | |
| Basic and Diluted | | 60,408,009 | | 53,402,731 | | | | |

The accompanying notes are an integral part of these condensed consolidated financial statements.

4

**METABOLIC RESEARCH, INC**
**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS**
for the three months ended as of September 30, 2010 and 2009

|  | For the three months ended September 30, | | | |
|  | 2010 | | 2009 | |
| --- | --- | --- | --- | --- |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | |
| Net Income or (Loss) | $ | (115,484 ) | $ | (1,712 ) |
| Increase/(Decrease) in Accounts Receivable | $ | (25,725) | $ | 243,137 |
| Increase/(Decrease) in Prepaid Services | $ | | $ | 69,431 |
| Increase/(Decrease) in Other Assets | | | $ | |
| Increase/(Decrease) in Credit Cards | $ | 5,923 | | 818 |
| Increase/(Decrease) Depreciation Expense | $ | 3,036 | | (495 ) |
| Increase/(Decrease) in Payroll Liability | $ | 60,856 | | (33,916 ) |
| Increase/(Decrease) Due Directors | $ | (12,607) | | 41,922 |
| Increase/(Decrease) in Inventory | | 129,932 | $ | 0 |
| (Increase)/Decrease in Accounts Payable | $ | (714,109 ) | $ | (209,913 ) |
| Increase/(Decrease) in Royalties Payable | $ | (17,264 ) | $ | (106,445 ) |
| **Transactions not requiring cash:** | | | | |
| Amortization of prepaid consulting fees | $ | (68,366 ) | | (101,679 ) |
| Accrued Interest | | | $ | |
| Prepaid Consulting | | | $ | |
| Increase/(Decrease) in Other Liabilities | | | $ | |
| **Net cash (used in) operating activities** | $ | **(115,484 )** | $ | **(98,852 )** |
| | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | |
| **Acquisition of property and equipment** | | | | |
| **Net cash(used in)Investing Activities** | $ | 0 | $ | 0 |
| | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | |
| Proceeds from loans payable | | | | |
| Bank overdraft | | | | |
| Repayment of loans payable | | | $ | |
| Proceeds from loans payable-officers | | | $ | |
| Repayment of loans payable-officers | | | | |
| Common stock issued for services | | | | |
| Additional paid in capital issued for services | | | | |
| Common stock issued for cash | | | | |
| **Net cash provided by financing activities** | $ | 0 | $ | |
| **Net increase in cash and equivalents** | $ | (115,484 ) | $ | (98,852 ) |
| **Cash and equivalents at beginning of period** | $ | 93,521 | $ | 57,094 |
| **Cash and equivalents at end of period** | $ | (12,281 ) | $ | (41,758 ) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

5

**METABOLIC RESEARCH, INC.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
September 30, 2010
(Unaudited)

**GENERAL**

Metabolic Research, Inc. (the Company) has elected to omit substantially all footnotes to the financial statements for the three months ended September 30, 2010. Since there have been no material changes (othe

**DEVELOPMENTAL STAGE COMPANY**

Metabolic Research, Inc. (the Company) is no longer considered a developmental stage company under SFAS 7. The Company has received substantial revenues from its planned principal operations.

**UNAUDITED INFORMATION**

The information furnished herein was taken from the books and records of the Company without audit. However, such information reflects all adjustments which are, in the opinion of management, necessary to

6

ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

When used in this discussion, the words "expect(s)," "feel(s)," "believe(s)," "will," "may," "anticipate(s)" and similar expressions are intended to identify forward-looking statements. Such statements are subject

RESULTS OF OPERATIONS

Three Months Ended September 30, 2010 and September 30, 2009.

Revenues for the three months ended September 30, 2010 were $281,420 compared to $2,016,947 for the same period of 2009. Net Loss for the three months ended September 30, 2010 was $115,484 compared

The Company's operating expenses were mainly attributable to marketing expenses, office lease, cost of goods sold, operating expenses, telephone and internet server and commencing operations prior to this qu

FUTURE OUTLOOK

The Company must develop or otherwise acquire additional products in order to achieve profitable levels of sales by maximizing marketing and advertising expenditure return. Despite having loyal users of "St

LIQUIDITY AND CAPITAL RESOURCES

Management believes that cash expected to be generated from operations and current cash reserves will not be sufficient for the Company to meet its capital expenditures and working capital needs for its operat

We are pursuing equity financing for our operations. Failure to secure such financing or to raise additional capital or borrow additional funds may result in our depleting available funds and not being able pay o

For further information, refer to our Management's Discussion and Analysis included in our Annual Report on Form 10-K for the year ended December 31, 2009.

7

ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS - *continued*

**LIQUIDITY AND CAPITAL RESOURCES** - *continued*

3. Summary of Significant Accounting Policies

Use of Estimates—The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, and

Net Income Per Share—The Company's basic net income per share includes the dilutive effect of common stock equivalents. It is based upon the weighted average number of common shares outstanding

Recent Accounting Pronouncements—In March 2009, the FASB issued guidance on disclosures regarding derivative instruments and hedging activities. The guidance requires entities to provide enhance

**Off-Balance Sheet Arrangements**

We have not created, and are not party to, any special-purpose or off-balance sheet entities for the purpose of raising capital, incurring debt or operating our business. We do not have any off-balance sheet arran

**Subsequent Events**

In a subsequent event David Ragan was appointed to the Board of Directors to serve until the next meeting of the Shareholders.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

Not required.

**ITEM 4(T). CONTROLS AND PROCEDURES**

We maintain a system of controls and procedures designed to provide reasonable assurance as to the reliability of the financial statements and other disclosures included in this report as well as to the safeguard

As of the end of the period covered by this report, we carried out an evaluation, under the supervision and with the participation of our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO"), of

8

**ITEM 4(T). CONTROLS AND PROCEDURES** - *continued*

During our most recent fiscal quarter, there has not occurred any change in our internal control over financial reporting (as such term is defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that ha:

## PART II. OTHER INFORMATION

## ITEM 1. LEGAL PROCEEDINGS

On November 19, 2009, the Company filed a lawsuit in the District Court of Clark County, State of Nevada against Scott J. Ferrell, Michael Campos, Thomas Hess, and Sara Jordan, all of California, for extorti

In late October 2009 defendant Ferrell acting in behalf of Campos, Hess, and Jordan demanded in writing and without warning that the Company agree to an un-provided /unseen stipulation indicating that its St

On August 4, 2010, the suit against the company under the California Consumers Legal Remedies Act was dismissed.

The Nevada case continued as of September 30, 2010.

## ITEM 1A. RISK FACTORS

Except for the discussion herein, there have been no material changes from risk factors previously disclosed in our Form 10-K.

Requirements associated with being a public company will increase our costs significantly, as well as divert significant company resources and management attention.

As an independent public company, the Sarbanes-Oxley Act of 2002 and the related rules and regulations of the SEC, as well as the rules of the NASDAQ, requires us to implement additional corporate governa

In particular, as a public company, our management will be required to continue to conduct an annual evaluation of our internal control over financial reporting and include a report of management on our intern:

ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

The Company did not issue shares of stock during the quarter.

9

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES**

None

**ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS**

None

**ITEM 5. OTHER INFORMATION**

None

**ITEM 6. EXHIBITS**

31.1 Certification of Chief Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002

31.2 Certification of Chief Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002

32.1 Certification of Chief Executive Officer and Chief Financial Officer Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities and Exchange Act of 1934, the Registrant had duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized

**Metabolic Research, Inc.**

By:    /s/ Robert Bakker
       Robert Bakker
       Chief Executive Officer


By:    /s/ Robert Bakker
       Robert Bakker
       Chief Financial Officer

Dated:    December 17 , 2010

10

EXHIBIT 3

# METABOLIC RESEARCH, INC.

## Business Entity Information

| Status: | Revoked | File Date: | 4/27/2007 |
|---|---|---|---|
| Type: | Domestic Corporation | Entity Number: | E0295462007-0 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2011 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20071663231 | Business License Exp: | 4/30/2011 |

## Additional Information

| Central Index Key: | 0001081369 |
|---|---|

## Registered Agent Information
**Registered Agent resigned**

## Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 250,000.00 |
|---|---|---|---|
| Par Share Count: | 200,000,000.00 | Par Share Value: | $ 0.001 |
| Par Share Count: | 50,000,000.00 | Par Share Value: | $ 0.001 |

## Officers
☐ Include Inactive Officers

| President - ROBERT BAKKER | | | |
|---|---|---|---|
| Address 1: | 5603 INTERBAY AVE. | Address 2: | |
| City: | TAMPA | State: | FL |
| Zip Code: | 33611 | Country: | |
| Status: | Active | Email: | |

| Director - ROBERT BAKKER | | | |
|---|---|---|---|
| Address 1: | 5603 INTERBAY AVE. | Address 2: | |
| City: | TAMPA | State: | FL |
| Zip Code: | 33611 | Country: | |
| Status: | Active | Email: | |

| Secretary - ROBERT BAKKER | | | |
|---|---|---|---|
| Address 1: | 5603 INTERBAY AVE. | Address 2: | |
| City: | TAMPA | State: | FL |
| Zip Code: | 33611 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|

| Document Number: | 20070292277-68 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 4/27/2007 | Effective Date: | |

Initial Stock Value: Par Value Shares: 75,000,000 Value: $ 0.001 No Par Value Shares: 0 -------------------------------------------------------------- Total Authorized Capital: $ 75,000.00

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20070312488-55 | # of Pages: | 2 |
| File Date: | 5/2/2007 | Effective Date: | |

(No notes for this action)

| Action Type: | Merge In | | |
|---|---|---|---|
| Document Number: | 20070313473-00 | # of Pages: | 6 |
| File Date: | 5/3/2007 | Effective Date: | 4/30/2007 |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 20070360893-78 | # of Pages: | 1 |
| File Date: | 5/24/2007 | Effective Date: | |

Previous Stock Value: Par Value Shares: 75,000,000 Value: $ 0.001 No Par Value Shares: 0 ----------------------------------------------------------------- Total Authorized Capital: $ 75,000.00 New Stock Value: Par Value Shares: 200,000,000 Value: $ 0.001 Par Value Shares: 50,000,000 Value: $ 0.001 No Par Value Shares: 0 ------------------------------------------------------------------- Total Authorized Capital: $ 250,000.00

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20080289781-25 | # of Pages: | 2 |
| File Date: | 4/28/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Designation | | |
|---|---|---|---|
| Document Number: | 20080660207-51 | # of Pages: | 2 |
| File Date: | 10/6/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20080748852-24 | # of Pages: | 2 |
| File Date: | 11/17/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 20080766137-40 | # of Pages: | 1 |
| File Date: | 11/24/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Withdrawal of Designation | | |
|---|---|---|---|
| Document Number: | 20080766143-27 | # of Pages: | 1 |
| File Date: | 11/24/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Designation | | |
|---|---|---|---|
| | | | |

| Document Number: | 20080766034-06 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 11/24/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amended List | | |
| Document Number: | 20080829299-39 | # of Pages: | 2 |
| File Date: | 12/23/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Termination of Amendments | | |
| Document Number: | 20080830928-80 | # of Pages: | 1 |
| File Date: | 12/24/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Withdrawal of Designation | | |
| Document Number: | 20080830929-91 | # of Pages: | 1 |
| File Date: | 12/24/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Withdrawal of Designation | | |
| Document Number: | 20080830930-23 | # of Pages: | 1 |
| File Date: | 12/24/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090337227-65 | # of Pages: | 2 |
| File Date: | 4/13/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20090664803-78 | # of Pages: | 1 |
| File Date: | 9/2/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Resignation | | |
| Document Number: | 20100308642-16 | # of Pages: | 1 |
| File Date: | 4/27/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100333020-24 | # of Pages: | 1 |
| File Date: | 5/13/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20100333021-35 | # of Pages: | 1 |
| File Date: | 5/13/2010 | Effective Date: | |
| (No notes for this action) | | | |